United States Bankruptcy Court
Southern District of Florida
West Palm Beach, Florida

In re: NITV LLC

Debtor

Case No. _____

Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and Local Rule 1007-1 to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for NITV LLC in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

- None

August 30, 2021

*Charles Humble, President*

**Julianne Frank**
**4495 Military Trail Suite 107**
**Jupiter, Florida 33458**