UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  Case No. 21-18481-MAM

NITV LLC  Chapter 7

    Debtor.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Law Firm of Brinkley Morgan is appearing in this case as a Creditor, and pursuant to Fed. R. Bankr. P. 2002 requests that the undersigned be served with copies of all pleadings, notices, motions, orders and other documents filed in these proceedings.

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing Notice of Appearance was served as set forth on the attached Service List.

    BRINKLEY MORGAN
    Creditor
    100 SE Third Avenue, 23rd Floor
    Fort Lauderdale, Florida 33394
    Telephone: (954) 522-2200
    Facsimile: (954) 522-9123
    E-Mail: mark.levy@brinkleymorgan.com

By: /s/ Mark A. Levy
    MARK A. LEVY
    Florida Bar No. 121320

## SERVICE LIST

**SERVED VIA CM/ECF ON SEPTEMBER 28, 2021:**

Julianne R. Frank
Email: julianne@jrfesq.com, G59511@notify.cincompass.com
Attorney for Debtor

Michael R Bakst
Email:  efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com; efileu1084@gmlaw.com; efileu1086@gmlaw.com; efileu386@gmlaw.com; efileu1857@gmlaw.com
Trustee

Office of the US Trustee
Email:  USTPRegion21.MM.ECF@usdoj.gov

[2522] 11992-07001