

ORDERED in the Southern District of Florida on October 1, 2021.

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

| | |
|---|---|
| In Re: | CASE NO.:   21-18481-MAM |
| | Chapter 7 |
| NITV LLC | |
| **Debtor** | |
| _____/ | |

### EX PARTE  ORDER APPROVING EMPLOYMENT OF TRUSTEE'S ATTORNEY

THIS CAUSE came on before the Court upon the Trustee's Application for Employment of Michael R. Bakst, Esq., and the law firm of Greenspoon Marder  LLP, in this case.  (ECF# 8) Upon the representations that Michael R. Bakst, Esq., and Greenspoon Marder LLP, hold no interest adverse to the estate in the matters upon which they are engaged, that Michael R. Bakst, Esq., and Greenspoon Marder, LLP, are disinterested persons as required by U.S.C. §327(a) and have disclosed any connections with parties as set forth in FRBP 2014, and that their employment is necessary and would be in the best interests of the estate, it is

ORDERED that the Trustee is authorized to employ Michael R. Bakst, Esq., and the law firm of Greenspoon Marder, LLP, as attorney for the Trustee, on a general retainer, pursuant to 11 U.S.C §327 and 330.

###

Submitted by:

Michael R. Bakst, Trustee
P.O. Box 407
West Palm Beach, FL 33402
Telephone: (561) 838-4539

 **(Michael R. Bakst, Trustee is directed to serve copies of this order on all interested parties and file a certificate of service with the Court)**