## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                CASE NO.:   21-18481-MAM

**NITV LLC**                                 Chapter 7

      **Debtor**
_____/

### CERTIFICATE OF SERVICE OF EX PARTE ORDER [ECF NO. 9] APPROVING TRUSTEE'S APPLICATION FOR EMPLOYMENT OF TRUSTEE'S ATTORNEY [ECF NO. 8]

     I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

     **I HEREBY CERTIFY** that a true and correct copy of the Ex Parte Order [ECF No. 9] Approving Trustee's Application for Employment of Trustee's Attorney [ECF No. 8] was served on all counsel of record or pro se parties identified on the attached service list, either via transmission of Notices of Electronic Filing generated by CM/ECF, or by first class U.S. mail on those counsel or parties who are not authorized to receive electronically as indicated below.

Dated: October 12, 2021.

                                              **MICHAEL R. BAKST, TRUSTEE**

                                              **/s/ MICHAEL R. BAKST**
                                              _____
                                              Michael R. Bakst, Trustee
                                              P.O. Box 407
                                              West Palm Beach, FL 33402
                                              Telephone:  (561) 838-4539

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com
- Julianne R. Frank    julianne@jrfesq.com, G59511@notify.cincompass.com
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service

(No manual recipients)