# Exhibit A

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND
FOR PALM BEACH COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION: "AE"
CASE NO.: 50-2005-CA-001771-XXXX-MB

ELWOOD GARY BAKER,
    Plaintiff/Petitioner
vs.
NITV LLC,
    Defendant/Respondent.
_____/

## ORDER STAYING CASE FOR BANKRUPTCY AND DIRECTING CLERK TO CHANGE CASE STATUS
(SGBK)

    **THIS CAUSE** came before the Court on **September 28, 2021**. Based upon a review of the file and pursuant to AOSC 16-15 and the Court being otherwise fully advised in the premise, it is

    **ORDERED AND ADJUDGED** that this case will be STAYED and shall be officially docketed as such.

    The Parties will monitor the bankruptcy and file the appropriate documents with the Clerk and Comptroller immediately upon resolution of the Bankruptcy Case or shall move to extend the stay prior to the expiration date if Status Conference or deadline ordered. It is

    **FURTHER ORDERED AND ADJUDGED** that the Clerk will change the Status of the Case from ACTIVE to INACTIVE using <u>SGBK</u> code for reporting purposes.

    **DONE AND ORDERED** in West Palm Beach, Palm Beach County, Florida.

50-2005-CA-001771-XXXX-MB   09/28/2021
Ashley Zuckerman
County Judge

HON. ASHLEY ZUCKERMAN, DIV AE

**COPIES TO:**

Page 1 of 2

Case No. 50-2005-CA-001771-XXXX-MB

| | | |
|---|---|---|
| ZAPPOLO & FAREWELL PA | SCOTT W. ZAPPOLO ESQ<br>7108 FAIRWAY DRIVE STE 322<br>PALM BEACH GARDENS, FL 33418 | szappolo@zappolofarwell.com<br>filings@zappolofarwell.com<br>jfarwell@zappolofarwell.com |
| STEPHEN B. GEBELOFF ESQ | 5255 N FEDERAL HWY THIRD FLOOR<br>BOCA RATON, FL 33487 | steve@gebelofflaw.com<br>leah@gebelofflaw.com |
| JUPITER LEGAL ADVOCATES | WILLIAM A. FLECK ESQ<br>8895 NORTH MILITARY TRAIL STE. E102<br>PALM BEACH GARDENS, FL 33410 | wfleck@jla.legal<br>ptaylor@jla.legal<br>wfleck@jupiterlegaladvocates.com |