# Exhibit D

# JOSEPH ABRUZZO
### CLERK OF THE CIRCUIT COURT & COMPTROLLER
### PALM BEACH COUNTY

**CASE NUMBER: 50-2005-CA-001771-XXXX-MB**
**CASE STYLE: BAKER, ELWOOD GARY V NITV LLC**

Search Criteria | Search Results | Case Info | Party Names | Dockets & Documents | Case Fees | Court Events

View documents and order certified copies. See our eCaseView FAQ for step-by-step guidance and information about what documents are available online.

**Document Icons**

Document available. Click icon to view.
Add a certified copy of the document to your shopping cart.
Document is Viewable on Request (VOR). Click to request.
VOR document is being reviewed. Click to be notified when available.

  

Public = 　　　　　　VOR = 　　　　　　In Process = 　　　　　　Page Size: All

| Docket Number | Effective Date | Description | Notes |
|---|---|---|---|
| 1 | 02/24/2005 | ADDITIONAL COMMENTS | |
| 2 | 02/24/2005 | CAFF | Filed by PLAINTIFF ELWOOD GARY BAKER |
| 3 | 02/24/2005 | COMPLAINT | Filed by PLAINTIFF ELWOOD GARY BAKER |
| 4 | 02/24/2005 | CIVIL COVER SHEET | Filed by PLAINTIFF ELWOOD GARY BAKER |
| 5 | 02/24/2005 | PENDING | |
| 6 | 02/24/2005 | RECEIPT FOR PAYMENT | A Payment of -$256.00 was made on receipt CAMB69563. Filed by PLAINTIFF ELWOOD GARY BAKER |
| 7 | 02/24/2005 | SUMMONS ISSUED | C/O CHARLES HUMBLE RA COUNTER SM-05-169658 Filed by DEFENDANT NITV LLC |
| 8 | 02/24/2005 | NOTICE OF TAKING DEPOSITION | ON DFT NITV LLC 4/28/05 @ 10:00AM |
| 9 | 02/24/2005 | NOTICE OF FILING INTERROGS | (SERVING) TO DFT NITV LLC |
| 10 | 02/24/2005 | NOTICE | OF SERVING FIRST REQUEST FOR PRODUCTION TO DFT NITV LLC |
| 11 | 03/15/2005 | NOTICE OF APPEARANCE | O/B/O DFT, NITV, LLC, AND MOTION FOR EXTENSION OF TIME. Filed By ATTORNEY STANLEY DALE KLETT |
| 12 | 03/17/2005 | NOTICE OF APPEARANCE | O/B/O DFT, NITV, LLC, AND MOTION FOR EXTENSION OF TIME Filed by ATTORNEY STANLEY DALE KLETT |
| 13 | 04/04/2005 | ANSWER & AFFIRMATIVE DEFENSES | OF DEFT, TO THE PLTF'S COMPLAINT Filed by DEFENDANT NITV LLC |

| | | | |
|---|---|---|---|
| 14 | 04/04/2005 | MOTION TO DISMISS | OF DEFT, COUNT III FOR FALSE LIGHT, OR FOR MORE DEFINITE STATEMENT Filed by DEFENDANT NITV LLC |
| 15 | 04/11/2005 | RE-NOTICE OF TAKING DEPOSITION | OF PERSON W/MOST KNOWLEDGE DESIGNATED BY NITV, LLC |
| 16 | 04/22/2005 | ANSWER TO INTERROGATORIES | TO PLT, W/SAME ATTCHD HERETO Filed by DEFENDANT NITV LLC |
| 17 | 04/22/2005 | RESPONSE TO REQ TO PRODUCE | TO PLT Filed by DEFENDANT NITV LLC |
| 18 | 05/25/2005 | NOTICE OF FILING INTERROGS | TO PLT, W/SAME ATTCHD HERETO Filed by DEFENDANT NITV LLC |
| 19 | 06/17/2005 | REQUEST TO PRODUCE | TO PLTF Filed by DEFENDANT NITV LLC |
| 20 | 06/20/2005 | NOTICE OF TAKING DEPOSITION | OF ELWOOD GARY BAKER |
| 21 | 06/29/2005 | ANSWER TO INTERROGATORIES | TO DFT Filed by PLAINTIFF ELWOOD GARY BAKER |
| 22 | 07/19/2005 | NOTICE OF TAKING DEPOSITION | OF CONTINUED DEPO OF NITV, LLC |
| 23 | 07/21/2005 | RESPONSE TO REQ TO PRODUCE | TO DFT, DTD 6/16/05 Filed by PLAINTIFF ELWOOD GARY BAKER |
| 24 | 10/17/2005 | NOTICE OF HEARING | ON 10/24/05 AT 8:45 AM ON DFT'S MOTION TO DISMISS COUNT III FOR FALSE LIGHT, OR FOR MORE DEFINITE STATEMENT |
| 25 | 11/08/2005 | NOTICE OF HEARING | ON 1/24/06 AT 8:30 AM DEFT'S MTN TO DISMISS COUNT III FOR FALSE LIGHT, OR FOR MORE DEFINATE STATEMENT |
| 26 | 12/01/2005 | NOTICE OF TAKING DEPOSITION | NITV LLC PERSON WITH MOST KNOWLEDGE REGARDING CHRLES HUMBLE |
| 27 | 12/02/2005 | NOTICE OF TAKING DEPOSITION | ELWOOD GARY BAKER |
| 28 | 01/24/2006 | ORDER | ON MOTION TO DISMISS COUNT III FOR FALSE LIGHT, OR FOR MORE DEFINITE STATEMENT - GRANTED, PLT SHALL PLEAD WITH MORE SPECIFICITY. PLT HAVE (20) DAYS LEAVE TO AMEND. DFT SHALL HAVE (15) DAYS THEREAFTER TO RESPOND |
| 29 | 01/26/2006 | RE-NOTICE | OF TAKING DEPOSITION - OF NITV LLC, ETC. ON TUES. 02-07-06 @ 9:30AM. SEE NOTICE FOR ADD'L DETAILS |
| 30 | 01/30/2006 | NOTICE OF TAKING DEPOSITION | ELWOOD GARY BAKER ON 2/7/06 |
| 31 | 02/06/2006 | NOTICE OF TAKING DEPOSITION | OF ELWOOD G. BAKER |
| 32 | 02/08/2006 | RE-NOTICE OF TAKING DEPOSITION | (2ND) NITV, LLC ---- CHARLES HUMBLE |
| 33 | 02/14/2006 | AMENDED | COMPLAINT F/B SCOTT W. ZAPPOLO, ESQ. Filed by PLAINTIFF ELWOOD GARY BAKER |

| 34 | 02/24/2006 | RE-NOTICE OF TAKING DEPOSITION | THIRD OF NITV, LLC ON 3/16/06 Filed by PLAINTIFF ELWOOD GARY BAKER |
| --- | --- | --- | --- |
| 35 | 03/02/2006 | ANSWER & AFFIRMATIVE DEFENSES | TO AMENDED COMPLAINT & COUNTERCLAIM Filed by ATTORNEY STANLEY DALE KLETT |
| 36 | 03/07/2006 | MOTION TO COMPEL | AT DEPO Filed by ATTORNEY SCOTT W ZAPPOLO |
| 37 | 03/10/2006 | REPLY/RESPONSE | OF NITV'S AFFIRM DEFENSES Filed by PLAINTIFF ELWOOD GARY BAKER |
| 38 | 03/10/2006 | NOTICE OF HEARING | IN-RE MOTION TO COMPEL 3/16/06 |
| 39 | 03/15/2006 | AGREED ORDER | GRANTING MOT TO COMPEL ATTENDANCE AT DEPO DTD 03/15/06 KDS |
| 40 | 03/15/2006 | RE-NOTICE OF TAKING DEPOSITION | (AMENDED 3RD0 NITV 03/16/06 @ 9:30AM Filed by ATTORNEY SCOTT W ZAPPOLO |
| 41 | 03/15/2006 | NOTICE OF CANCELLATION | OF HRG SET FOR 3/16/06 ON MOT TO COMPEL ATTENDANCE AT DEPO Filed by ATTORNEY SCOTT W ZAPPOLO |
| 42 | 03/21/2006 | ANSWER & AFFIRMATIVE DEFENSES | BY PLTF/COUNTER-DEFT ELWOOD GARY BAKE TO COUNTERCLAIM Filed by PLAINTIFF ELWOOD GARY BAKER |
| 43 | 03/27/2006 | NOTICE OF TAKING DEPOSITION | OF NITV, LLC,ETC. ON 4/13/06 Filed by PLAINTIFF ELWOOD GARY BAKER |
| 44 | 04/20/2006 | MOTION | FOR EXECUTION OF TAX INFORMATION AUTHORIZATION. W/ATTACH EXHIBIT A. Filed by DEFENDANT NITV LLC |
| 45 | 04/20/2006 | NOTICE OF HEARING | ON 4/26/06 @ 8:45 AM ON DFT'S MOTION FOR EXECUTION OF TAX INFORMATION AUTHORIZATION. FILED BY JOEL B ROTHMAN. |
| 46 | 04/20/2006 | MOTION | (COUNTER-) FOR EXECUTION OF TAX INFORMATION AUTHORIZATION. W/ATTACH EXHIBIT A. Filed by PLAINTIFF ELWOOD GARY BAKER |
| 47 | 04/21/2006 | NOTICE OF HEARING | (CROSS) APRIL 26 2006 @8:45 RE: MOTION FOR EXECUTION OF TAX INFORMATION |
| 48 | 04/26/2006 | RE-NOTICE OF HEARING | 05-03-2006 @ 8:45 A.M. RE: DFT'S MOTION FOR EXECUTION OF TAX INFORMATION AUTHORIZATION |
| 49 | 04/27/2006 | RE-NOTICE OF HEARING | (CROSS) 05-03-2006 @ 8:45 A.M. RE: PLTF'S COUNTER-MOTION FOR EXECUTION OF TAX INFORMATION AUTHORIZATION |
| 50 | 05/03/2006 | ORDER | MOTION OF PLTF FOR EXECUTION OF TAX INFORMATION AUTORIZATION IS DENIED W/O PREJUDICE |

| | | 51 | 05/03/2006 | ORDER | GRANTING DEFT'S MOTION FOR EXECUTION OF TAX INFORMATION AUTHORIZATION/AUTHORIZATION SHALL BE EXECUTED RE TAX YEARS 2003,2004,AND 2005 |
|---|---|---|---|---|---|
| | | 52 | 05/12/2006 | NOTICE OF COMPLIANCE | (PLTF) WITH COURT ORDER DATED 5/3/06 Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 53 | 07/12/2006 | NOTICE | OF CHANGE OF ADDRESS OF COUNSEL JOEL B ROTHMAN(DONE) Filed by DEFENDANT NITV LLC |
| | | 54 | 07/14/2006 | STIPULATION | FOR SUBSTITUTION OF COUNSEL |
| | | 55 | 07/17/2006 | ORDER | SUBSTITUING COUNSEL: SEIDEN, ALDER & MATTEWMAN BE SUBUSTITUTED AS COUNSEL FOR DEFT NITV,LLC AND RUTHERFORD, MULHALL BE DISCHARGED OF ALL FURTHER RESPONSIBILITY IN THIS CAUSE |
| | | 56 | 07/19/2006 | NOTICE OF UNAVAILABILITY | COUNSEL FOR DEFT Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 57 | 11/01/2007 | ORDER | NOTICE OF POSSIBLE DISMISSAL FOR FAILURE TO PROSECUTE 01-03-2008 @ 8:45 A.M. |
| 📄 | 🛒 | 58 | 12/28/2007 | NOTICE | OF PLTF OF SERVING INTERROGS TO NITV LLC |
| 📄 | 🛒 | 59 | 12/28/2007 | NOTICE | OF PLTF FOR TRIAL (UP 1/2/08)** |
| 📄 | 🛒 | 60 | 12/28/2007 | NOTICE | OF PLTF OF SERVING AFFIDAVIT OF SCOTT ZAPPOLO ESQ |
| 📄 | 🛒 | 61 | 01/09/2008 | NOTICE OF SERVICE | (COPY) OF AFFI OF SCOTT W ZAPPOLO ESQ (CT NOTA TO FILE) Filed by ATTORNEY SCOTT W ZAPPOLO |
| 📄 | 🛒 | 62 | 01/09/2008 | NOTICE OF JURY TRIAL | (COPY) CT NOTA TO FILE Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 63 | 01/09/2008 | NOTICE OF SERVICE | (COPY) OF INTERGS TO DFT (CT NOTA TO FILE) Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 64 | 01/12/2009 | MOTION TO COMPEL | DISCOVERY Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 65 | 03/25/2009 | ORDER SETTING JURY TRIAL | ON 11/9/09 TO 12/18/09 @ 9:30 AM & CALENDAR CALL ON 10/30/09 @ 9:00 AM TMCCARTHY |
| 📄 | 🛒 | 66 | 07/06/2009 | MOTION | FOR EXTENSION OF TIME TO FILE WITNESS & EXHIBIT LISTS Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 67 | 07/15/2009 | NOTICE | OF AGREED MOT TO UNIFORM PRETRIAL PROCEDURES Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 68 | 07/23/2009 | STIPULATION | OF SEIDEN ALDER & ARNSTEIN & LEHR FOR SUBSTITUTION OF COUNSEL FOR DEFT NITV LLC |

| | | | | | |
|---|---|---|---|---|---|
| 📄 | 🛒 | 69 | 07/27/2009 | ORDER | SUBSTITUTING COUNSEL & ARNSTEIN & LEHR IS SUBSTITUTED AS COUNSEL FOR DEFT NITC LLC & SEIDEN ALDER MATTHEWMAN IS DISCHARGED DLEWIS |
| 📄 | 🛒 | 70 | 08/17/2009 | WITNESS LIST | Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 71 | 08/17/2009 | EXHIBIT LIST | Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 72 | 08/20/2009 | REQUEST TO PRODUCE | Filed by DEFENDANT NITV LLC |
| 📄 | 🛒 | 73 | 08/24/2009 | WITNESS LIST | Filed by DEFENDANT NITV LLC |
| 📄 | 🛒 | 74 | 08/24/2009 | EXHIBIT LIST | Filed by DEFENDANT NITV LLC |
| 📄 | 🛒 | 75 | 08/24/2009 | NOTICE OF INTENT | Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 76 | 08/24/2009 | NOTICE OF INTENT | Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 77 | 08/24/2009 | NOTICE OF INTENT | TO SERVE SUBPOENAS Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 78 | 08/24/2009 | NOTICE OF INTENT | TO SERVE SUBPOENAS Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 79 | 08/24/2009 | NOTICE OF INTENT | TO SERVE SUBPOENAS Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 80 | 08/24/2009 | NOTICE OF INTENT | TO SERVE SUBPOENAS Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 81 | 08/24/2009 | NOTICE OF INTENT | TO SERVE SUBPOENAS Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 82 | 08/24/2009 | NOTICE OF INTENT | TO SERVE SUBPOENAS Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 83 | 08/24/2009 | NOTICE OF INTENT | TO SERVE SUBPOENAS Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 84 | 08/24/2009 | NOTICE OF INTENT | TO SERVE SUBPOENAS Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 85 | 08/24/2009 | NOTICE OF INTENT | TO SERVE SUBPOENAS Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 86 | 08/24/2009 | NOTICE OF INTENT | TO SERVE SUBPOENAS Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 87 | 08/24/2009 | NOTICE OF INTENT | TO SERVE SUBPOENAS Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 88 | 09/01/2009 | MOTION TO COMPEL | Filed by DEFENDANT NITV LLC |
| 📄 | 🛒 | 89 | 09/01/2009 | MOTION TO COMPEL | Filed by DEFENDANT NITV LLC |
| 📄 | 🛒 | 90 | 09/08/2009 | CERTIFICATE | Filed by DEFENDANT NITV LLC |
| 📄 | 🛒 | 91 | 09/09/2009 | OBJECTION | Filed by PLAINTIFF ELWOOD GARY BAKER |

| | | | | | |
|---|---|---|---|---|---|
| | | 92 | 09/10/2009 | NOTICE OF HEARING | ON 9/22/09 |
| | | 93 | 09/22/2009 | NOTICE | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 94 | 09/22/2009 | REQUEST TO PRODUCE | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 95 | 09/22/2009 | AGREED ORDER | ON OBJECTIONS TO NOTICE FOR PRODUCTION NON PARTY ARE OVERULED TMCCARTHY |
| | | 96 | 09/22/2009 | NOTICE OF CANCELLATION | OF HEARING |
| | | 97 | 09/25/2009 | NOTICE OF MEDIATION | ON 10/26/09 |
| | | 98 | 09/25/2009 | NOTICE | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 99 | 09/25/2009 | RESPONSE TO REQ TO PRODUCE | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 100 | 10/01/2009 | REQUEST FOR COPIES | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 101 | 10/08/2009 | NOTICE OF TAKING DEPOSITION | |
| | | 102 | 10/09/2009 | NOTICE OF HEARING | |
| | | 103 | 10/09/2009 | MOTION TO STRIKE | Filed by DEFENDANT NITV LLC |
| | | 104 | 10/09/2009 | WITNESS LIST | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 105 | 10/09/2009 | MOTION | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 106 | 10/09/2009 | NOTICE | OF DEPO DESIGNATION Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 107 | 10/13/2009 | NOTICE OF TAKING DEPOSITION | |
| | | 108 | 10/15/2009 | ORDER | ON DEFT NITV MOT TO STRIKE CASE FROM THE TRIAL CALENDAR IS DENIED TMCCARTHY |
| | | 109 | 10/16/2009 | EXHIBIT LIST | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 110 | 10/16/2009 | MOTION | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 111 | 10/16/2009 | NOTICE | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 112 | 10/16/2009 | MOTION TO COMPEL | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 113 | 10/16/2009 | MOTION | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 114 | 10/19/2009 | PRETRIAL STIPULATION | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 115 | 10/20/2009 | NOTICE OF CANCELLATION | Filed by ATTORNEY JOEL B ROTHMAN |
| | | 116 | 10/20/2009 | NOTICE OF TAKING DEPOSITION | |
| | | 117 | 10/21/2009 | RESPONSE TO: | Filed by DEFENDANT NITV LLC |
| | | 118 | 10/23/2009 | RESPONSE TO: | TO REQ FOR COPIES Filed by DEFENDANT NITV LLC |
| | | 119 | 10/23/2009 | NOTICE OF HEARING | |

| | | | | | |
|---|---|---|---|---|---|
| | | 120 | 10/23/2009 | MOTION | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 121 | 10/28/2009 | NOTICE OF HEARING | |
| | | 122 | 10/29/2009 | SUBPOENA RETURNED / SERVED | |
| | | 123 | 10/29/2009 | NOTICE OF CANCELLATION | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 124 | 10/30/2009 | MOTION | Filed by DEFENDANT NITV LLC |
| | | 125 | 10/30/2009 | MOTION | Filed by DEFENDANT NITV LLC |
| | | 126 | 10/30/2009 | PRETRIAL STIPULATION | Filed by DEFENDANT NITV LLC |
| | | 127 | 10/30/2009 | NOTICE OF HEARING | |
| | | 128 | 10/30/2009 | NOTICE OF CANCELLATION | Filed by DEFENDANT NITV LLC |
| | | 129 | 11/02/2009 | NOTICE | OF ATTY JEFFREY GRUBMAN OF IMPASSE |
| | | 130 | 11/05/2009 | AGREED ORDER | DENYING PLTF MOT TO COMPEL TMCCARTHY |
| | | 131 | 11/05/2009 | MOTION | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 132 | 11/05/2009 | AGREED ORDER | GRANTING PLTF MOT IN LIMINE TMCCARTHY |
| | | 133 | 11/06/2009 | MOTION | Filed by DEFENDANT NITV LLC |
| | | 134 | 11/06/2009 | NOTICE OF HEARING | ON 11/12/09 |
| | | 135 | 11/12/2009 | ORDER | GRANTING DEFT MOT FOR JUDGMENT ON THE PLEADINGS AS TO COUNT III OF PLTF AMENDED COMPLAINT TMCCARTHY |
| | | 136 | 11/12/2009 | EXHIBIT LIST | (AMENDED TRIAL) Filed by DEFENDANT NITV LLC |
| | | 137 | 11/13/2009 | EXHIBIT LIST | Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 138 | 11/13/2009 | EXHIBIT LIST | Filed by DEFENDANT NITV LLC |
| | | 139 | 11/16/2009 | MOTION | Filed by DEFENDANT NITV LLC |
| | | 140 | 11/16/2009 | MOTION | Filed by DEFENDANT NITV LLC |
| | | 141 | 11/16/2009 | MOTION | Filed by DEFENDANT NITV LLC |
| | | 142 | 11/16/2009 | MOTION | Filed by DEFENDANT NITV LLC |
| | | 143 | 11/18/2009 | NOTICE OF FILING | HANDWRITTEN DEPOSITION DESIGNATIONS *** CLERK FILE *** Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 144 | 11/18/2009 | NOTICE OF FILING | HANDWRITTEN DEPOSITION DESIGNATIONS *** CLERK FILE *** Filed by DEFENDANT NITV LLC |
| | | 145 | 11/18/2009 | DEPOSITION | (ORIGINAL) OF DAVID HUGHES TAKEN 5/5/05 |
| | | 146 | 11/18/2009 | DEPOSITION | (CERTIFIED COPY OF DAVID HUGHES TAKEN 8/19/05 |

| | | # | Date | Type | Description |
|---|---|---|---|---|---|
| 📄 | 🛒 | 147 | 11/19/2009 | REQUESTED JURY INSTRUCTIONS | PROPOSED JURY INSTRUCTIONS << NOT GIVEN >> CLERK FILE Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 148 | 11/19/2009 | REQUESTED JURY INSTRUCTIONS | PROPOSED SUBSTANTIVE JURY INSTRUCTIONS << NOT GIVEN >> CLERK FILE Filed by DEFENDANT NITV LLC |
| 📄 | 🛒 | 149 | 11/19/2009 | REQUESTED JURY INSTRUCTIONS | AGREED << NOT GIVEN >> CLERK FILE |
| 📄 | 🛒 | 150 | 11/19/2009 | REQUESTED JURY INSTRUCTIONS | GIVEN <<< CLERK FILE >>> |
| 📄 | 🛒 | 151 | 11/19/2009 | VERDICT BOOK 023559 PAGE 01380 | SIGNED & DATED BY FOREPERSON 11/19/09 Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 152 | 11/19/2009 | SUBPOENA RETURNED / SERVED | |
| 📄 | 🛒 | 153 | 11/19/2009 | NOTICE OF FILING | JURY INSTRUCTIONS Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 154 | 11/30/2009 | MOTION | FOR NEW TRIAL *UP 12-3-09 Filed by DEFENDANT NITV LLC |
| 📄 | 🛒 | 155 | 12/01/2009 | EXHIBIT LIST | EVIDENCE FROM JURY TRIAL 11/16/09 - 11/19/09 IN EVIDENCE DEPT |
| 📄 | 🛒 | 156 | 12/04/2009 | RESPONSE TO: | DFT MOTION FOR NEW TRIAL Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 157 | 12/07/2009 | NOTICE OF HEARING | DEC 10 2009 |
| 📄 | 🛒 | 158 | 12/07/2009 | MOTION | FOR ENTRY OF FINAL JUDGMENT Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 159 | 12/09/2009 | SUBPOENA RETURNED / SERVED | |
| 📄 | 🛒 | 160 | 12/10/2009 | FINAL JUDGMENT BOOK 023599 PAGE 01386 | THAT PLTF RECOVER FROM NITV, LLC. T MCCARTHY |
| | | 161 | 12/10/2009 | DISPOSED BY JURY TRIAL | |
| 📄 | 🛒 | 162 | 12/11/2009 | SUBPOENA RETURNED / SERVED | R/C RIVERSIDE NATIONAL BANK |
| 📄 | 🛒 | 163 | 12/11/2009 | ORDER SETTING HEARING | (SPECIAL) ON 3/12/10 @ 10:00 AM TMCCARTHY |
| 📄 | 🛒 | 164 | 03/12/2010 | NOTICE OF FILING | Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 165 | 03/16/2010 | ORDER | COMPELLING JUDGMENT DEBTOR NITV LLC TO COMPLETE FACT INFORMATION SHEET TMCCARTHY |
| 📄 | 🛒 | 166 | 03/16/2010 | ORDER DENYING | DEFT MOT FOR NEW TRIAL & MOT FOR JUDGMENT TMCCARTHY |
| 📄 | 🛒 | 167 | 03/26/2010 | MOTION FOR REHEARING | UP 3/31/10 Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 168 | 03/31/2010 | ORDER DENYING | DEFT MOT FOR REHEARING OF MOT FOR JUDGMENT IN ACCORDANCE WITH THE MOT FOR DIRECTED VERDICT TMCCARTHY |

| | | | | | |
|---|---|---|---|---|---|
| | | 169 | 04/13/2010 | CAFF/NOA/ | Filed By DEFENDANT NITV LLC |
| | | 170 | 04/13/2010 | RECEIPT FOR PAYMENT | A Payment of -$100.00 was made on receipt CAMB404386. Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 171 | 04/13/2010 | NOTICE OF APPEAL BOOK 023801 PAGE 01065 | TO 4DCA ORDER RENDERED ON 12-10-09 Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 172 | 04/20/2010 | NOTICE OF FILING | |
| 📄 | 🛒 | 173 | 04/20/2010 | TRANSCRIPT | VOLUME 1 HELD ON NOVEMBER 16, 2009 |
| 📄 | 🛒 | 174 | 04/20/2010 | TRANSCRIPT | VOLUME 2 HELD ON NOVEMBER 17, 2009 |
| 📄 | 🛒 | 175 | 04/20/2010 | TRANSCRIPT | VOLUME 3 HELD ON NOVEMBER 17, 2009 |
| 📄 | 🛒 | 176 | 04/20/2010 | TRANSCRIPT | VOLUME 4 HELD ON NOVEMBER 18, 2009 |
| 📄 | 🛒 | 177 | 04/20/2010 | TRANSCRIPT | VOLUME 5 HELD ON NOVEMBER 18, 2009 |
| 📄 | 🛒 | 178 | 04/20/2010 | TRANSCRIPT | VOLUME 6 HELD ON NOVEMBER 19, 2009 |
| 📄 | 🛒 | 179 | 04/20/2010 | ACKNOWLEDGMENT OF NEW CASE | 4D10-1503 |
| 📄 | 🛒 | 180 | 04/30/2010 | MOTION | Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 181 | 05/21/2010 | INVOICE | 4D10-1503 TO JOEL B ROTHMAN FOR $262.00 |
| 📄 | 🛒 | 182 | 05/24/2010 | INDEX TO RECORD ON APPEAL | 4D10-1503 9 VOLUMES COPY MAILED TO ALL PARTIES |
| | | 183 | 06/09/2010 | RECEIPT FOR PAYMENT | A Payment of -$262.00 was made on receipt CAMB426010. |
| 📄 | 🛒 | 184 | 06/17/2010 | NOTICE OF HEARING | |
| | | 185 | 06/24/2010 | REOPEN | |
| | | 186 | 06/24/2010 | REDISPOSED | |
| 📄 | 🛒 | 187 | 06/24/2010 | AGREED ORDER | ON MOTION FOR EXTENSION OF TIME TO COMPLETE FACT INFORMATION SHEET: T MCCARTHY |
| 📄 | 🛒 | 188 | 06/24/2010 | NOTICE OF CANCELLATION | OF HEARING ON 6-23-10 Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 189 | 06/25/2010 | NOTICE OF UNAVAILABILITY | Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 190 | 07/06/2010 | NOTICE OF TAKING DEPOSITION | |
| 📄 | 🛒 | 191 | 07/06/2010 | MOTION TO COMPEL | Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 192 | 07/06/2010 | NOTICE OF COMPLIANCE | Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 193 | 07/08/2010 | NOTICE OF HEARING | ON 7/13/10 |
| 📄 | 🛒 | 194 | 07/12/2010 | RE-NOTICE OF HEARING | JULY 15 2010 |

| | | | | | |
|---|---|---|---|---|---|
| 📄 | 🛒 | 195 | 07/12/2010 | MOTION TO COMPEL | DEPO DATE Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 196 | 07/12/2010 | RE-NOTICE OF HEARING | JULY 15 2010 |
| 📄 | 🛒 | 197 | 07/15/2010 | ORDER | ON PLTF MOT TO COMPEL COMPLIANCE W/COURT ORDER & FOR SANCTIONS W/INCORPORATED MOTION TO STRIKE (SEE ORDERD) TMCCARTHY |
| 📄 | 🛒 | 198 | 07/15/2010 | ORDER GRANTING | PLTF MOT TO COMPEL DEPO DATE TMCCARTHY |
| 📄 | 🛒 | 199 | 07/15/2010 | ORDER | DIRECTING COMPLIANCE WITH PALM BEACH COUNTY BAR ASSOC STANDARDS OF PROFESSIONAL COURTESY TMCCARTHY |
| 📄 | 🛒 | 200 | 07/30/2010 | NOTICE TRANSMIT RECORD APPEAL | 4D10-1503 NINE VOLUMES |
| 📄 | 🛒 | 201 | 08/03/2010 | ACKNOWLEDGEMENT | FROM 4DCA OF RECEIPT OF RECORD ON APPEAL 4D10-1503 DTD 8-2-10 NINE VOLUMES |
| 📄 | 🛒 | 202 | 10/06/2010 | REQUEST TO PRODUCE | Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 203 | 11/09/2010 | RESPONSE TO REQ TO PRODUCE | Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 204 | 07/18/2011 | MANDATE | 4D10-1503 DECISION FILED 7-15-11 |
| 📄 | 🛒 | 205 | 04/30/2012 | NOTICE OF TAKING DEPOSITION | OF NITV LLC ON 5/14/12 |
| 📄 | 🛒 | 206 | 05/21/2012 | NOTICE OF HEARING | ON 5/30/12 |
| 📄 | 🛒 | 207 | 05/21/2012 | MOTION | FOR ORDER TO SHOW CAUSE & FOR ATTY FEES/COSTS Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 208 | 05/22/2012 | NOTICE OF HEARING | ON 5/29/12 |
| 📄 | 🛒 | 209 | 05/22/2012 | MOTION TO WITHDRAW | Filed by ATTORNEY JOEL B ROTHMAN |
| 📄 | 🛒 | 210 | 05/29/2012 | RE-NOTICE OF HEARING | MAY 30,2012 |
| 📄 | 🛒 | 211 | 05/30/2012 | ORDER | PERMITTING JOEL ROTHMAN & ARNSTEIN & LEHR WITHDRAWAL AS COUNSEL FOR DEFT NITV LLC TMCCARTHY |
| 📄 | 🛒 | 212 | 05/30/2012 | ORDER | ON PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE AND FOR ATTORNEY'S FEES/COSTS: SEE ORDER. ON 7-11-12 T MCCARTHY |
| 📄 | 🛒 | 213 | 06/05/2012 | COPY | OF ORDER FROM SUPREME COURT THAT THE PETITITON FOR REVIEW IS DENIED THOMAS D. HALL |
| 📄 | 🛒 | 214 | 06/19/2012 | NOTICE OF APPEARANCE | OF ATTY ALEXANDER KRANZ FOR DEFT NITV LLC |
| 📄 | 🛒 | 215 | 07/24/2012 | MOTION | FOR ENTRY OF AMENDED FJ PURSUANT TO 4TH DISTRICT COURT OF APPEAL OPINION & MANDATE Filed by PLAINTIFF ELWOOD GARY BAKER |

| | | | | | |
|---|---|---|---|---|---|
| | | 216 | 07/24/2012 | REOPEN | Associated to docket MOT filed on 2012-07-24 |
| 📄 | 🛒 | 217 | 08/24/2012 | OBJECTION | TO MOTION FOR ENTRY OF AMENDED FINAL JUDGEMENT TO 4TH DISTRICT COUR OF APPEAL OPINION AND MANDATE Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 218 | 08/29/2012 | NOTICE OF FILING | E-MAIL DESIGNATIONS Filed by ATTORNEY SCOTT W ZAPPOLO |
| 📄 | 🛒 | 219 | 04/18/2013 | RECORD | REASSEMBLED 4D10-1503 |
| 📄 | 🛒 | 220 | 04/25/2013 | NOTICE OF HEARING | PLAINTIFF'S MOTION FOR ENTRYOFAMENDED FINAL JUDGMENT PURSUANT TO FOURTH DISTRICT COURT OF APPEAL OPINION AND MANDATE ON 05/23/13 @ 8:45 AM F/B PLT Filed By ATTORNEY JEFFREY G FARWELL |
| 📄 | 🛒 | 221 | 05/23/2013 | FINAL JUDGMENT BOOK 26047 PAGE 1413 | AMENDED- AGAINST NITV, LLC. E FINE |
| | | 222 | 05/23/2013 | REDISPOSED | |
| 📄 | 🛒 | 223 | 04/08/2014 | MOTION | FILED BY PLTF FOR WRIT OF EXECUTION ON NITV LLC COPY OF AMENDED FINAL JUDGMENT ATTACHED. Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 224 | 04/08/2014 | WRIT OF EXECUTION ISSUED | AGAINST NITV LLC IN THE AMOUNT OF $250,000.00 (MAILED TO ATTY) Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 225 | 05/05/2014 | MOTION | MOTION TO INSTITUTE PROCEEDINGS SUPPLEMENTARY FILED BY PLT Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 226 | 05/05/2014 | AFFIDAVIT | PLAINTIFFS' AFFIDAVIT IN SUPPORT OF PLAINTIFFS' MOTION TO INSTITUTE PROCEEDINGS SUPPLEMENTARY Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 227 | 05/05/2014 | REOPEN | |
| | | 228 | 05/06/2014 | CAFF/REOPEN ($50.00) | |
| | | 229 | 05/06/2014 | RECEIPT FOR PAYMENT | A Payment of -$50.00 was made on receipt CAMB894588. |
| 📄 | 🛒 | 230 | 05/26/2014 | MOTION FOR EXTENSION OF TIME | RESPONSIVE PLEADING TO PLAINTIFF'S MOTION TO INSTITUTE PROCEEDINGS SUPPLEMENTARY FILED BY NITV LLC Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 231 | 08/27/2014 | AGREED ORDER | DFTS MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; DFT'S MOTION IS HEREBY WITHDRAWN, PLT THIRD PARTY COMPLAINT ATTACHED TO THE MOTION IS DEEMED AS FILED, DFT SHALL HAVE 20 DAYS TO FILE A RESPONSIVE PLEADING, DTD 8/26/2014 E FINE |
| | | 232 | 08/27/2014 | REDISPOSED | |

| | | | | | |
|---|---|---|---|---|---|
| 📄 | 🛒 | 233 | 09/16/2014 | ANSWER | DEFENDANTS' ANSWER TO PLAINTIFF'S THIRD PARTY COMPLAINT IN EXECUTION FILED O/B/O NITV FEDERAL SERVICES Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 234 | 04/10/2015 | NOTICE OF FILING INTERROGS | TO FIRST SET TO THIRD-PARTY DEFENDANT NITV FEDERAL SERVICES, LLC. F/B PLTF Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 235 | 05/28/2015 | MOTION FOR EXTENSION OF TIME | F/B THRID PARTY DFT NITV FEDERAL SERVICES MOTION FOR EXTENSION OF TIME TO RESPOND TO PLT'S INTERROGS Filed by ATTORNEY ALEXANDER JOHN KRANZ |
| | | 236 | 06/09/2015 | REOPEN | |
| | | 237 | 06/09/2015 | REDISPOSED | |
| 📄 | 🛒 | 238 | 06/09/2015 | AGREED ORDER | ON THIRD PARTY DEFENDANT NITV FEDERAL SERVICES. LLC'S MOTION FIPR EXTENSION OF TIMEI TO RESPOND TO PLAINTIFF'S INTERROGATORIES: GRANTED, RESPONSE IN 20 DAYS. SEE ORDER DTD 6-9-15 J GILLEN |
| 📄 | 🛒 | 239 | 06/30/2015 | ANSWER TO INTERROGATORIES | NOTICE OF FILING ANSWERS TO PLAINTIFF'S INTERROGATORIES FILED BY THIRD PARTY DFT NITV FEDERAL SERVICES Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 240 | 09/25/2015 | NOTICE | NOTICE OF SERVING FACT INFORMATION SHEET TO DEFT, NITV, LLC, PURSUANT TO RULE 1.560 FILED BY PLT Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 241 | 09/25/2015 | MOTION TO COMPEL | MOTION TO COMPEL ANSWERS TO INTERROGATORIES FILED BY PLT Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 242 | 09/25/2015 | REOPEN | |
| | | 243 | 09/25/2015 | CAFF/REOPEN ($50.00) | **EMAIL SENT FOR RE OPEN FEE** Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 244 | 10/08/2015 | REOPEN | |
| 📄 | 🛒 | 245 | 10/08/2015 | RESPONSE TO: | MOTION TO COMPEL ANSWERS TO INTERRQGATORIES F/B DFT Filed By DEFENDANT NITV LLC |
| 📄 | 🛒 | 246 | 10/08/2015 | MOTION FOR EXTENSION OF TIME | TO FILE RESPONSE TO PLAINTIFF'S NOTICE OF SERVING FACT INFORMATION SHEET F/B DFT Filed By DEFENDANT NITV LLC |
| | | 247 | 10/19/2015 | RECEIPT FOR PAYMENT | A Payment of -$50.00 was made on receipt CAMB1030909. Filed by PLAINTIFF ELWOOD GARY BAKER |
| 📄 | 🛒 | 248 | 11/16/2015 | MOTION TO WITHDRAW | DEFENDANT COUNSEL'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL; F/B DFT Filed By DEFENDANT NITV LLC |

| | | | | | |
|---|---|---|---|---|---|
| | | 249 | 12/04/2015 | NOTICE OF HEARING | DECEMBER, 16,2015 8:45 9A F/B PLT Filed by PLAINTIFF ELWOOD GARY BAKER |
| | | 250 | 12/16/2015 | ORDER GRANTING WITHDRAW | ON MOTION TO WITHDRAW AS COUNSET FOR DEFT NITV LLC ALL CORRESPONDENSES SHAL BE SENT TO CURRENT ADDRESS PENDING APPEARANCE OF SUBSTITUTE COUNSEL DTD 12/16/15 J GILLEN |
| | | 251 | 12/23/2015 | NOTICE OF EMAIL DESIGNATION | FILED BY WILLIAM FLECK- NOTICE OF DESIGNATION OF PRIMARY AND SECONDARY E-MAIL ADDRESSES IN COMPLIANCE WITH RULE ON BEHALF OF DFTS Filed By ATTORNEY WILLIAM ANDREW FLECK. Filed By ATTORNEY WILLIAM ANDREW FLECK |
| | | 252 | 12/23/2015 | REOPEN | |
| | | 253 | 12/23/2015 | NOTICE OF APPEARANCE | F/B ATTY FLECK OBO NITV, LLC, NITV FEDERAL SERVICES, LLC, LOURDES IRIMIA, JAMES KANE AND CHARLES HUMBLE Filed By ATTORNEY WILLIAM ANDREW FLECK. Filed By ATTORNEY WILLIAM ANDREW FLECK |
| | | 254 | 12/23/2015 | MOTION FOR EXTENSION OF TIME | TO RESPOND TO COMPLAINT F/B DFTS Filed By DEFENDANT NITV LLC |
| | | 256 | 02/02/2016 | MOTION TO COMPEL | NITC LLC TO COMPLY WITH FACT INFORMATION SHEET PURSUANT TO RULE 1.560; F/B PLT |
| | | 257 | 02/05/2016 | NOTICE OF HEARING | ON 2/25/16 AT 8:45 AM CR 9A F/B PLT |
| | | 258 | 02/05/2016 | NOTICE OF HEARING | FEBRUARY 25, 2016 AT 8:45AM ROOM 9A F/B F/B PLT/PET |
| | | 259 | 02/19/2016 | NOTICE OF COMPLIANCE | NOTICE OF COMPLIANCE WITH FLORIDA RULE OF CIVIL PROCEDURE 1.560, FACT INFORMATION SHEET FILED BY NITV LLC |
| | | 260 | 02/22/2016 | NOTICE OF CANCELLATION | HEARING SCHEDULED FOR 2/25/2016 @ 8:45 AM F/B PLT |
| | | 261 | 04/01/2016 | NOTICE OF HEARING | APRIL 21, 2016 AT 8:45AM ROOM 9A F/B PLT/PET |
| | | 262 | 04/21/2016 | ORDER ON PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES DENIED WITH LEAVE FOR PLAINTIFF TO AMEND ** SEE ORD FOR DETAILS ** J GILLEN DTD 4/21/16 | ON PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES DENIED WITH LEAVE FOR PLAINTIFF TO AMEND ** SEE ORD FOR DETAILS ** J GILLEN DTD 4/21/16 |
| | | 263 | 08/24/2016 | MOTION TO FILE AN AMENDED THIRD PARTY COMPLAINT IN EXECUTION- F/B PLT | TO FILE AN AMENDED THIRD PARTY COMPLAINT IN EXECUTION- F/B PLT |
| | | 264 | 09/21/2016 | AGREED ORDER ON PLT'S MOTION TO FILE AN AMENDED COMPLAINT GRANTED AMENDED COMPLAINT DEEMED FILED DFT SHALL HAVE 30 DAYS TO FILE A RESPONSIVE PLEADING J GILLEN DTD 09/20/16 | ON PLT'S MOTION TO FILE AN AMENDED COMPLAINT GRANTED AMENDED COMPLAINT DEEMED FILED DFT SHALL HAVE 30 DAYS TO FILE A RESPONSIVE PLEADING J GILLEN DTD 09/20/16 |

| | | | | | |
|---|---|---|---|---|---|
| 📄 | 🛒 | 265 | 10/26/2016 | ANSWER | TO PLT'S AMENDED THIRD PARTY COMPLAINT IN EXECUTIOM F/B DFTS |
| 📄 | 🛒 | 266 | 11/22/2016 | NOTICE OF NON JURY TRIAL | FB PLTF **UP 11/29/2016** |
| 📄 | 🛒 | 267 | 12/09/2016 | ORDER SETTING NON-JURY TRIAL | DIRECTING PRETRIAL AND MEDIATION PROCEDURES JUNE 19, 2017 - AUGUST 11, 2017 CALENDAR CALL SET FOR JUNE 9, 2017 @ 8:00AM IN CTRM 9A J GILLEN DTD 12/9/16 |
| 📄 | 🛒 | 268 | 01/30/2017 | REQUEST TO PRODUCE | OF DOCUMENTS TO PLT - F/B ATTY WILLIAM A FLECK |
| 📄 | 🛒 | 269 | 01/30/2017 | NOTICE OF FILING INTERROGS | (PROPOUNDING) TO PLT - F/B ATTY WILLIAM A FLECK |
| 📄 | 🛒 | 270 | 01/30/2017 | NOTICE OF FILING INTERROGS | OF PROPOUNDING EXPERT WITNESS TO PLT - F/B ATTY WILLIAM A FLECK |
| 📄 | 🛒 | 271 | 04/04/2017 | MOTION TO COMPEL | (SECOND) ANSWERS TO INTERROGATORIES - F/B PLT |
| 📄 | 🛒 | 272 | 04/04/2017 | MOTION TO COMPEL | (EX PARTE) F/B DFT/RESP |
| 📄 | 🛒 | 273 | 04/05/2017 | MOTION TO REMOVE CASE FROM THE 06/19/2017 THROUGH 08/11/2017 TRIAL DOCKET - F/B PLT | TO REMOVE CASE FROM THE 06/19/2017 THROUGH 08/11/2017 TRIAL DOCKET - F/B PLT |
| 📄 | 🛒 | 274 | 04/26/2017 | ORDER GRANTING EX PARTE MOTION TO COMPEL: GRANTED. PLT SHALL WITHIN 10 DAYS FILE AND SERVE ANSWER TO ALL INTERROGATORIES. SEE ORDER. DTD 4-26-17 J GILLEN | EX PARTE MOTION TO COMPEL: GRANTED. PLT SHALL WITHIN 10 DAYS FILE AND SERVE ANSWER TO ALL INTERROGATORIES. SEE ORDER. DTD 4-26-17 J GILLEN |
| 📄 | 🛒 | 275 | 04/27/2017 | NOTICE OF HEARING | ON 5/4/17 AT 8:45AM IN ROOM 9A F/B PLT |
| 📄 | 🛒 | 276 | 04/27/2017 | NOTICE OF WITHDRAWING PLT'S SECOND MOTION TO COMPEL ANSWERS TO INTERROGS AND READOPTING PLT'S FIRST SET OF INTERROGS (F/B PLT) | OF WITHDRAWING PLT'S SECOND MOTION TO COMPEL ANSWERS TO INTERROGS AND READOPTING PLT'S FIRST SET OF INTERROGS (F/B PLT) |
| 📄 | 🛒 | 277 | 05/02/2017 | MOTION FOR EXTENSION OF TIME | TO RESPOND TO DISCOVERY F/B PLTF |
| 📄 | 🛒 | 278 | 05/04/2017 | AGREED ORDER ON PLT'S MOTION TO REMOVE CASE FROM JUNE 19, 2017 - AUGUST 11, 2017 TRIAL DOCKET GRANTED J GILLEN DTD 5/4/17 | ON PLT'S MOTION TO REMOVE CASE FROM JUNE 19, 2017 - AUGUST 11, 2017 TRIAL DOCKET GRANTED J GILLEN DTD 5/4/17 |
| 📄 | 🛒 | 279 | 05/04/2017 | ORDER ON PLT'S MOTION EXTENSION OF TIME TO RESPOND TO DISCOVERY PLT SHALL HAVE A 45 DAY TO COMPLY J GILLEN DTD 5/4/17 | ON PLT'S MOTION EXTENSION OF TIME TO RESPOND TO DISCOVERY PLT SHALL HAVE A 45 DAY TO COMPLY J GILLEN DTD 5/4/17 |
| 📄 | 🛒 | 280 | 06/23/2017 | ANSWER TO INTERROGATORIES | F/B DFT/RESP |
| 📄 | 🛒 | 281 | 07/10/2017 | NOTICE OF APPEARANCE CIVIL | F/B ATTY ZAPPOLO OBO PLT |
| 📄 | 🛒 | 282 | 07/10/2017 | NOTICE OF EMAIL DESIGNATION | FOR CO-COUNSEL TO BAKER F/B ATTY ZAPPOLO OBO PLT |
| 📄 | 🛒 | 283 | 04/04/2018 | STIP SUBSTITUTION OF COUNSEL | F/B PLT |

| | | | | | |
|---|---|---|---|---|---|
| | | 284 | 03/18/2019 | MOTION/NOTICE JUDG DISMISSAL | GILLEN DTD 3/18/19: SHALL STAND DISMISSED UNLESS FILING MADE W/IN 60 DAYS HEARING MAY 24, 2019 @ 10:00AM, CTRM 9C |
| | | 285 | 05/16/2019 | NOTICE OF TAKING DEPOSITION | NOTICE OF TAKING VIDEOTAPED DEPOSITION OF NITV, LLC NITV, LLC 08/21/2019 10:00:00 AM |
| | | 286 | 05/17/2019 | REQUEST FOR ADMISSIONS | REQUEST FOR ADMISSIONS F/B PLT |
| | | 287 | 05/17/2019 | REQUEST FOR ADMISSIONS | REQUEST FOR ADMISSIONS TO JAMES KANE |
| | | 288 | 05/17/2019 | REQUEST FOR ADMISSIONS | REQUEST FOR ADMISSIONS TO LOURDES IRIMIA |
| | | 289 | 05/17/2019 | REQUEST FOR ADMISSIONS | REQUEST FOR ADMISSIONS TO CHARLES HUMBLE |
| | | 290 | 05/24/2019 | ORDER FINDING GOOD CAUSE | J GILLEN DTD. 5/24/19 RECORD ACTIVITY WAS FILLED AND CASE WILL NOT BE DISMISSED. |
| | | 291 | 05/28/2019 | RESPONSE TO REQ FOR ADMISSION | THIRD PARTY DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS |
| | | 292 | 05/28/2019 | RESPONSE TO REQ FOR ADMISSION | THIRD PARTY DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS |
| | | 293 | 05/28/2019 | RESPONSE TO REQ FOR ADMISSION | THIRD PARTY DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS |
| | | 294 | 05/28/2019 | RESPONSE TO REQ FOR ADMISSION | THIRD PARTY DEFENDANT'S RESPONSE TO REQUEST FOR ADMISSIONS |
| | | 295 | 08/08/2019 | NOTICE OF UNAVAILABILITY | NOTICE OF UNAVAILABILITY |
| | | 296 | 08/12/2019 | NOTICE OF CANCELLATION | NOTICE OF POSTPONEMENT OF TAKING VIDEOTAPED DEPOSITION OF NITV, LLC 08/21/2019 |
| | | 297 | 08/19/2019 | RE-NOTICE OF TAKING DEPOSITION | RE-NOTICE OF TAKING VIDEOTAPED DEPOSITION OF NITV, LLC NITV, LLC 09/26/2019 10:00 AM |
| | | 298 | 09/25/2019 | NOTICE OF CANCELLATION | NOTICE OF POSTPONEMENT OF TAKING VIDEOTAPED 09/26/2019 |
| | | 299 | 04/24/2020 | ORDER SETTING HEARING | GKELLEY DTD 4/24/20 CASE MANAGEMENT CONFERENCE 6/8/20 9:45AM COURTROOM 9C |
| | | 300 | 06/05/2020 | RESPONSE TO REQ TO PRODUCE | PLAINTIFF'S RESPONSE TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS DATED 1/30/2017 |
| | | 301 | 06/05/2020 | ANSWER TO INTERROGATORIES | ELWOOD GARY BAKER'S NOTICE OF SERVICE OF RESPONSES TO DEFENDANTS' EXPERT WITNESS INTERROGATORIES |
| | | 302 | 06/05/2020 | ANSWER TO INTERROGATORIES | ELWOOD GARY BAKER'S NOTICE OF SERVICE OF RESPONSES TO DEFENDANTS' INTERROGATORIES |

| | | | | | |
|---|---|---|---|---|---|
| 📄 | 🛒 | 303 | 08/20/2020 | ORDER SETTING JURY TRIAL | G KELLEY DTD 08/20/2020 & DIRECTING PRETRIAL MEDIATION & JURY INSTRUCTION PROCEDURES - FOR THE PERIOD OF 03/22/2021 - 04/30/2021. E CAL CALL IS DUE 03/12/2021 BY END OF BUSINESS DAY. E CAL INFO SHEET MUST BE EMAILED TO THE DIVISIONAL EMAIL NO LATER THAN 03/12/2021. **SEE ORDER FOR DETAILS** |
| 📄 | 🛒 | 304 | 09/16/2020 | RE-NOTICE OF TAKING DEPOSITION | RE-NOTICE OF TAKING VIDEOTAPED DEPOSITION OF NITV, LLC NITV LLC 11/12/2020 10:00 AM |
| 📄 | 🛒 | 305 | 10/29/2020 | RE-NOTICE OF TAKING DEPOSITION | AMENDED RE-NOTICE OF TAKING VIDEOTAPED DEPOSITION OF NITV, LLC NITV, LLC 11/12/2020 10:00AM NITV, LLC 11/12/2020 10:00AM |
| 📄 | 🛒 | 306 | 10/29/2020 | NOTICE OF TAKING DEPOSITION | NOTICE OF TAKING VIDEOTAPED DEPOSITION OF NITV FEDERAL SERVICES, LLC VIA ZOOM NITV FEDERAL SERVICES, LLC 12/17/2020 10:00:00 AM |
| 📄 | 🛒 | 307 | 12/15/2020 | NOTICE OF CANCELLATION | NOTICE OF POSTPONEMENT OF VIDEOTAPED DEPOSITION OF 12/17/2020 |
| 📄 | 🛒 | 308 | 01/13/2021 | NOTICE OF TAKING DEPOSITION | NOTICE OF TAKING VIDEOTAPED DEPOSITION OF NITV FEDERAL SERVICES, LLC VIA ZOOM NITV FEDERAL SERVICES, LLC 02/18/2021 10:00:00 AM |
| 📄 | 🛒 | 309 | 01/27/2021 | NOTICE OF TAKING DEPOSITION | NOTICE OF TAKING VIDEOTAPED DEPOSITION OF JAMES KANE VIA ZOOM JAMES KANE 02/24/2021 10:00:00 AM |
| 📄 | 🛒 | 310 | 02/10/2021 | MOTION FOR EXTENSION OF TIME | TO FILE WITNESS AND EXHIBIT LISTS F/B PLT |
| 📄 | 🛒 | 311 | 02/11/2021 | MOTION FOR EXTENSION OF TIME | TO FILE WITNESS AND EXHIBIT LISTS (F/B DFT AND THIRD PARTY DFTS) |
| 📄 | 🛒 | 312 | 02/18/2021 | MOTION FOR EXTENSION OF TIME | OF DISCOVERY DEADLINE FILED BY DFT AND 3RD PARTY DFTS |
| 📄 | 🛒 | 313 | 02/19/2021 | MOTION FOR EXTENSION OF TIME | TO FILE REBUTTAL WITNESS LIST AND DEPOSITION DESIGNATIONS F/B PLT |
| 📄 | 🛒 | 314 | 02/22/2021 | NOTICE JOINDER IN PLT'S MOTION FOR EXTENSION OF TIME TO FILE REBUTTAL WITNESS LIST AND DEPOSITION DESIGNATIONS - F/B DFT & THIRD PARTY DEFENDANTS | JOINDER IN PLT'S MOTION FOR EXTENSION OF TIME TO FILE REBUTTAL WITNESS LIST AND DEPOSITION DESIGNATIONS - F/B DFT & THIRD PARTY DEFENDANTS |
| 📄 | 🛒 | 315 | 03/02/2021 | MOTION FOR EXTENSION OF TIME | F/B PLT |
| 📄 | 🛒 | 316 | 03/03/2021 | NOTICE OF HEARING | NOTICE OF ZOOM HEARING 03/04/2021 08:30:00 AM |
| 📄 | 🛒 | 317 | 03/03/2021 | MOTION FOR CONTINUANCE CIVIL | JOINT MOTION FOR CONTINUANCE |
| 📄 | 🛒 | 318 | 03/10/2021 | ORDER OF CONTINUANCE | KELLEY DTD 3/10/21: MOTION TO CONTINUE TRIAL GRANTED NON-JURY TRIAL 8/9/21 & 9/17/21 E-CALENDAR CALL 7/30/21 |

| | | | | | |
|---|---|---|---|---|---|
| | | 319 | 03/16/2021 | SERVICE RETURNED (NUMBERED) | RETURN OF SERVICE SUBSTITUTE JOSE A LARES - 03/15/2021 |
| | | 320 | 04/26/2021 | NOTICE OF TAKING DEPOSITION | NOTICE OF TAKING DEPOSITION ELWOOD GARY BAKER 05/11/2021 10:00:00 AM |
| | | 321 | 05/14/2021 | NOTICE OF DROPPING PARTY | AS TO DFT JAMES KANE AS PARTY F/B PLT |
| | | 322 | 05/19/2021 | REQUEST TO PRODUCE | REQUEST FOR PRODUCTION TO NITV FEDERAL SERVICES, LLC |
| | | 323 | 06/23/2021 | MOTION TO COMPEL | MOTION TO COMPEL |
| | | 324 | 06/23/2021 | NOTICE OF TAKING DEPOSITION | NOTICE OF TAKING VIDEOTAPED DEPOSITION OF CAROL GRAHAM CAROL GRAHAM 07/14/2021 10:00:00 AM |
| | | 325 | 06/23/2021 | NOTICE OF TAKING DEPOSITION | NOTICE OF TAKING VIDEOTAPED DEPOSITION OF OLGA KANE OLGA KANE 07/08/2021 02:00PM |
| | | 326 | 06/24/2021 | AMENDED NOTICE TAKING DEPO | AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION OF CAROL GRAHAM CAROL GRAHAM 07/14/2021 10:00:00 AM |
| | | 327 | 06/24/2021 | AMENDED NOTICE TAKING DEPO | AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION OF OLGA KANE OLGA KANE 07/08/2021 02:00:00 PM |
| | | 328 | 06/29/2021 | MOTION FOR EXTENSION OF TIME | TO FILE WITNESS AND EXHIBIT LISTS F/B PLTF |
| | | 329 | 06/29/2021 | AMENDED NOTICE TAKING DEPO | SECOND AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION OF OLGA KANE VIA ZOOM OLGA KANE 07/14/2021 10:00:00 AM |
| | | 330 | 06/29/2021 | AMENDED NOTICE TAKING DEPO | SECOND AMENDED NOTICE OF TAKING VIDEOTAPED DEPOSITION OF CAROL GRAHAM VIA ZOOM CAROL GRAHAM 07/14/2021 01:00:00 PM |
| | | 331 | 07/01/2021 | NOTICE OF MEDIATION | NOTICE OF MEDIATION 07/20/2021 10:00:00 AM |
| | | 332 | 07/01/2021 | STIPULATION | (JOINT) TO EXTEND DISCOVERY FILED BY THE PARTIES |
| | | 333 | 07/06/2021 | AGREED ORDER AZUCKERMAN DTD 7/6/21 EXTENDING TIME TO FILE WITNESS AND EXHIBIT LISTS - PARTIES SHALL FILE THEIR RESPECTIVE WITNESS AND EXHIBIT LISTS ON OR BEFORE JULY 16 2021 | AZUCKERMAN DTD 7/6/21 EXTENDING TIME TO FILE WITNESS AND EXHIBIT LISTS - PARTIES SHALL FILE THEIR RESPECTIVE WITNESS AND EXHIBIT LISTS ON OR BEFORE JULY 16 2021 |
| | | 336 | 07/12/2021 | RESPONSE TO REQ TO PRODUCE | THIRD PARTY DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION DATED MAY 19, 2021 |
| | | 334 | 07/13/2021 | NOTICE OF CANCELLATION | NOTICE OF POSTPONEMENT OF TAKING VIDEOTAPED DEPOSITION OF 07/14/2021 |
| | | 335 | 07/13/2021 | NOTICE OF CANCELLATION | NOTICE OF POSTPONEMENT OF TAKING VIDEOTAPED DEPOSITION OF 07/14/2021 |

| | | | | | |
|---|---|---|---|---|---|
| 📄 | 🛒 | 337 | 07/15/2021 | NOTICE OF HEARING | NOTICE OF HEARING 08/03/2021 08:30:00 AM |
| 📄 | 🛒 | 338 | 07/16/2021 | EVIDENCE/EXHIBIT LIST FILED | EXHIBIT LIST |
| 📄 | 🛒 | 339 | 07/16/2021 | WITNESS LIST | WITNESS LIST |
| 📄 | 🛒 | 340 | 07/16/2021 | WITNESS LIST | DEFENDANT'S TRIAL WITNESS LIST |
| 📄 | 🛒 | 341 | 07/16/2021 | EVIDENCE/EXHIBIT LIST FILED | DEFENDANT'S TRIAL EXHIBIT LIST |
| 📄 | 🛒 | 342 | 07/20/2021 | MEDIATION REPORT | MEDIATION REPORT |
| 📄 | 🛒 | 343 | 07/27/2021 | PRETRIAL STIPULATION | PRETRIAL STIPULATION |
| 📄 | 🛒 | 344 | 08/09/2021 | NOTICE OF APPEARANCE CIVIL | AS COUNSEL FOR THIRD PARTY DEFENDANTS FILED BY ATTY STEINFELD |
| 📄 | 🛒 | 345 | 08/09/2021 | NOTICE OF EMAIL DESIGNATION | FILED BY ATTY STEINFELD |
| 📄 | 🛒 | 346 | 08/20/2021 | STIPULATION | |
| 📄 | 🛒 | 347 | 08/20/2021 | ORDER ZUCKERMAN; ON (DE#336) THIRD PARTY DFT NITV FEDERAL SERVICES LLC'SD OBJECTIONS TO (DE#322) PLTF'S REQUEST FOR PRODUCTION DATED 5/19/2021; THIS ORDER ADDRESSES OBJECTIONS TO REQUEST NUMBERED 12-16 ONLY; OBJECTIONS TO REQUESTS 4-6 AND 17 WERE NOT HEARD AND ARE TO BE RE-SET AS APPROPRIATE (SEE ORDER) DTD 8/20/2021 | ZUCKERMAN; ON (DE#336) THIRD PARTY DFT NITV FEDERAL SERVICES LLC'SD OBJECTIONS TO (DE#322) PLTF'S REQUEST FOR PRODUCTION DATED 5/19/2021; THIS ORDER ADDRESSES OBJECTIONS TO REQUEST NUMBERED 12-16 ONLY; OBJECTIONS TO REQUESTS 4-6 AND 17 WERE NOT HEARD AND ARE TO BE RE-SET AS APPROPRIATE (SEE ORDER) DTD 8/20/2021 |
| 📄 | 🛒 | 348 | 08/31/2021 | SUGGESTION OF BANKRUPTCY | AS TO NITV LLC CS 21-18481-MAM FILED 8-30-2021 |
| 📄 | 🛒 | 349 | 09/21/2021 | ORDER SETTING HEARING | ZUCKERMAN; ON 9/28/2021 @ 11:30AM VIA ZOOM ON CASE MANAGEMENT CONFERENCE DTD 9/21/2021 |
| 📄 | 🛒 | 350 | 09/28/2021 | SUGGESTION OF BANKRUPTCY | ZUCKERMAN DTD 9/28/21: CASE STAYED |
| 📄 | 🛒 | 351 | 12/31/2021 | MOTION MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY'S MOTION TO INTERVENE ON BEHALF OF BANKRUPTCY CREDITORS OF NITV, LLC | MICHAEL R. BAKST, TRUSTEE IN BANKRUPTCY'S MOTION TO INTERVENE ON BEHALF OF BANKRUPTCY CREDITORS OF NITV, LLC |