United States Bankruptcy Court
Southern District of Florida

| | |
|---|---|
| In re: | Case No. 21-18481-MAM |
| NITV LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 15, 2022 | Form ID: CGFCRD3Z | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| sp | +  Scott Zappolo, Zappolo & Farewell, PA, 7108 Fairway Dr #322, Palm Beach Gardens, FL 33418-3799 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Klopp | on behalf of Interested Party Charles Humble amanda.klopp@akerman.com jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Interested Party Lourdes Irimia a/k/a Lourdes Humble amanda.klopp@akerman.com jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Defendant Lourdes Irimia amanda.klopp@akerman.com jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Defendant NITV Federal Services  LLC amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | on behalf of Interested Party NITV Federal Services  LLC amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com |
| Amanda Klopp | |

| | | |
|---|---|---|
| District/off: 113C-9 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 15, 2022 | Form ID: CGFCRD3Z | Total Noticed: 1 |

on behalf of Defendant Charles Humble amanda.klopp@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Defendant NITV Federal Services  LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Interested Party Charles Humble eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Defendant Charles Humble eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Defendant Lourdes Irimia eyal.berger@akerman.com  jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Interested Party NITV Federal Services  LLC eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com

Eyal Berger, Esq.

on behalf of Interested Party Lourdes Irimia a/k/a Lourdes Humble eyal.berger@akerman.com
jeanette.martinezgoldberg@akerman.com

Julianne R. Frank

on behalf of Debtor NITV LLC julianne@jrfesq.com  G59511@notify.cincompass.com

Mark A Levy, Esq

on behalf of Creditor Brinkley Morgan mark.levy@brinkleymorgan.com
sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com

Michael R Bakst

efilemrb@gmlaw.com
ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com

Michael R. Bakst, Esq.

on behalf of Trustee Michael R Bakst efileu1094@gmlaw.com
ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com

Office of the US Trustee

USTPRegion21.MM.ECF@usdoj.gov

Scott W Zappolo

on behalf of Plaintiff Elwood Gary Baker szappolo@zappolofarwell.com

Scott W Zappolo

on behalf of Trustee Michael R Bakst szappolo@zappolofarwell.com

TOTAL: 19

Form CGFCRD3Z  (06/11/22)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 21–18481–MAM

Chapter: 7

**In re:**
NITV LLC
1210 Breakers West Blvd
West Palm Beach, FL 33411–1880
EIN: 02–0531279

## NOTICE OF CONTINUED HEARING

*Per Hearing Held on 6/15/2022*

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Mindy A Mora to consider the following:

**Motion for Clarification of the Automatic Stay, or in the alternative Motion for Relief from Stay Filed by Trustee Michael R Bakst (23)**

1. This matter has been set on the Court's motion calendar for a non-evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

   **Date:** August 17, 2022
   **Time:** 10:00 AM
   **Location:** Video Conference by Zoom for Government

2. The hearing scheduled by this notice will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

3. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

4. The movant, or movant's counsel if represented by an attorney, must:

   (a) serve a copy of this notice of hearing and, unless previously served, the above-described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

   (b) file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

   Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

5. PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

**Dated: 6/15/22**

**CLERK OF COURT**
By: Lorraine Adam
Courtroom Deputy