**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case Number: | 21-18481 MAM | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | NITV LLC | Filed (f) or Converted (c): | 08/31/21 (f) |
| | | §341(a) Meeting Date: | 10/07/21 |
| Period Ending: | 06/30/22 | Claims Bar Date: | 11/10/21 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | PNC BANK BUSINESS CHECKING 7984 | 1,183.00 | 1,183.32 | | 1,183.32 | FA |
| 2 | UNUSED RETAINER TURNED OVER TO TRUSTEE FROM ADVISOR LAW (u) | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$2,183.00** | **$2,183.32** | | **$2,183.32** | **$0.00** |

**Major activities affecting case closing:**
CBD: 11-10-2021

TAX RETURN STATUS: SINGLE MEMBER LLC (SCHEDULE C). NO TAX FILING REQUIRED BY THE ESTATE

CASE STATUS:  THE TRUSTEE EMPLOYED SCOTT ZAPPOLO, ESQ. OF THE LAW FIRM RICE ZAPPOLO & FARWELL, P.A. AS SPECIAL LITIGATION COUNSEL [ECF#15] TO HANDLE A PENDING LAW SUIT AGAINST THE DEBTOR AND OTHER THIRD PARTY DEFENDENTS IN CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT - CASE NO. 502005CA001771XXXXMBAE. SETTLEMENT DISCUSSIONS ARE IN PROCESS.

**Initial Projected Date of Final Report (TFR):** December 31, 2024          **Current Projected Date of Final Report (TFR):** December 31, 2024

**Form 2**
**Cash Receipts and Disbursements Record**

| Case Number: | 21-18481 MAM | | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|---|
| Case Name: | NITV LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******2174 - Checking |
| Taxpayer ID#: | ******1279 | | Blanket Bond: | $53,950,000.00 (per case limit) |
| Period: | 07/01/21 - 06/30/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform<br>Tran. Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/05/21 | Asset #1 | NITV, LLC | FUNDS FROM PNC BANK ACCOUNT | 1129-000 | 1,183.32 | | 1,183.32 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,178.32 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,173.32 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,168.32 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,163.32 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,158.32 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,153.32 |
| 04/19/22 | Asset #2 | ADVISOR LAW | UNUSED RETAINER TURNED OVER TO TRUSTEE FROM ADVISOR LAW. | 1290-000 | 1,000.00 | | 2,153.32 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,148.32 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,143.32 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,138.32 |

|  | | | | ACCOUNT TOTALS | 2,183.32 | 45.00 | $2,138.32 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | | | **Subtotal** | **2,183.32** | **45.00** | |
| | | | | Less: Payment to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$2,183.32** | **$45.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

| | |
|---|---|
| Net Receipts: | $2,183.32 |
| Net Estate: | $2,183.32 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2174** | 2,183.32 | 45.00 | 2,138.32 |
| | $2,183.32 | $45.00 | $2,138.32 |