

**ORDERED in the Southern District of Florida on October 25, 2022.**

_____
**Mindy A. Mora, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In the Matter of:                                               Case No. 21-18481-MAM

NITV, LLC,                                                      Chapter 7

     Debtor.

_____/

**ORDER GRANTING [ECF# 42] TRUSTEE IN BANKRUPTCY'S MOTION TO: 1. APPROVE SETTLEMENT AGREEMENT BETWEEN MICHAEL BAKST, AS CHAPTER 7 TRUSTEE AND (DEBTOR) NITV, LLC (WHERE SAID SETTLEMENT AGREEMENT IS JOINED BY PLAINTIFF AND DEFENDANT(S) IN RELATED ADVERSARY PROCEEDING); AND 2. PAY TRUSTEE'S SPECIAL COUNSELS' CONTINGENT FEES FROM SETTLEMENT PROCEEDS**

    This matter came on before the Court at a hearing on September 28, 2022 at 10:00 am, upon

[ECF # 42] "Trustee In Bankruptcy's Motion To: 1. Approve Settlement Agreement Between Michael

Bakst, As Chapter 7 Trustee And (Debtor) NITV, LLC (Where Said Settlement Agreement Is Joined By Plaintiff And Defendant(s) In Related Adversary Proceeding); And 2. Pay Trustee's Special Counsels' Contingent Fees From Settlement Proceeds." Said hearing was attended by the Trustee in Bankruptcy, his counsel and counsel for the Debtor.

The Court, having reviewed the motion and incorporated Settlement Agreement, having heard argument of all counsel, and proffers, after considering the factors set forth in *In re Justice Oaks II, Ltd*, 898 F.2d 1544 (11th Cir. 1990), and the Trustee's explanation of same, finding good cause shown, the Court finds that:

A. The aggregate sum of Two Hundred Fifty Thousand Dollars ($250,000.00) to be a reasonable settlement amount and that the thirty-five percent (35%) contingency fee totaling Eighty-Seven Thousand, Five Hundred Dollars ($87,500.00) (to be paid as settlement payments are received) is reasonable; and

it is therefore ORDERED and ADJUDGED:

1. The motion [ECF # 42] is Granted. The parties to the Settlement Agreement attached thereto are ordered to comply with its terms. The disbursements of attorney's fees are to be paid as settlement payments are received.

2. This Order will render the Trustee in Bankruptcy's [ECF # 23] "Motion for Clarification of the Automatic Stay, or in the Alternative, Motion for Relief from Stay" and [ECF # 10] in 22-01092-MAM (the related Adversary Proceeding) moot. Following entry of this Order, counsel for the Trustee is directed to submit separate orders denying as moot [ECF # 23] "Motion for Clarification of the Automatic Stay, or in the Alternative, Motion for Relief from Stay" and [ECF # 10] in 22-01092-MAM (the related Adversary Proceeding).

3. Counsel for the Trustee shall serve a copy of the signed order on all parties in the Adversary proceeding No. 22-01092-MAM "Elwood Gary Baker, vs. NITV, Federal Services, LLC, Lourdes

Irimia and Charles Humble, and file with the Court a Certificate of Service conforming with Local Rule 2002-1(F) and 5005-1(G).

###

Submitted by:
Scott W. Zappolo, Esq.
Zappolo & Farwell, P.A.
Attorneys for Plaintiff, Ellwood Gary Baker and
Michael R. Bakst, Trustee in Bankruptcy
7108 Fairway Drive, Suite 322
Palm Beach Gardens, FL   33418
(561) 627-5000 (Phone)
(561) 627-5600 (fax)
szappolo@zappolofarwell.com

THE PARTY SUBMITTING THIS ORDER SHALL SERVE A COPY OF THE SIGNED ORDER ON ALL PARTIES LISTED BELOW AND FILE WITH THE COURT A CERTIFICATE OF SERVICE CONFORMING WITH LOCAL RULE 2002-1(F) and 5005-1(G).

**Electronic Mail Notice List:**

**Michael R. Bakst:**   efilemrb@gmlaw.com; ecf.alert+Bakst@titlexi.com; efileu1084@gmlaw.com; efileu1086@gmlaw.com; efileu386@gmlaw.com; efileu1857@gmlaw.com

**Julianne R. Frank, attorney for Debtor:**   julianne@jrfesq.com; G59511@notify.cincompass.com

**Mark A. Levy**:   mark.levy@brinkleymorgan.com; Sandra.gonzalez@brinkleymorgan.com; brinkleymorgancf@gmail.com

**Office of US Trustee:**   USTPRegion21.MM.ECF@usdoj.gov

**Amanda Klopp and Eyal Berger:**   attorneys for Removing Parties, NITV Federal Services, LLC, Lourdes Irimia a/k/a Lourdes Humble and Charles Humble (in adversary proceeding no:   22-01092 – MAM):   amanda.klopp@akerman.com; eyal.berger@akerman.com;