

**ORDERED in the Southern District of Florida on November 2, 2022.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**
_____

UNITED STATES BANKRUPCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In the Matter of:                                    Case No. 21-18481-MAM

NITV, LLC,                                           Chapter 7

　　　Debtor.
_____/

### ORDER DENYING AS MOOT [ECF# 23] MOTION FOR CLARIFICATION OF THE AUTOMATIC STAY, OR IN THE ALTERNATIVE, MOTION FOR RELIEF FROM STAY

　　　This matter came on before the Court at a hearing on September 28, 2022 at 10:00 am, upon [ECF # 42] "Trustee In Bankruptcy's Motion To: 1. Approve Settlement Agreement Between Michael Bakst, As Chapter 7 Trustee And (Debtor) NITV, LLC (Where Said Settlement Agreement Is Joined By Plaintiff And Defendant(s) In Related Adversary Proceeding); And 2. Pay Trustee's Special Counsels'

Contingent Fees From Settlement Proceeds."  Said hearing was attended by the Trustee in Bankruptcy, his counsel and counsel for the Debtor.

The Court finds that its Order [ See, ECF # 49] renders the issues related to ECF # 23 moot. It is therefore ORDERED:

1. [ECF # 23] Motion For Clarification Of The Automatic Stay, Or In The Alternative, Motion For Relief From Stay is Denied as Moot.

###

Submitted by:
Scott W. Zappolo, Esq.
Zappolo & Farwell, P.A.
Attorneys for Michael R. Bakst, Trustee in Bankruptcy
7108 Fairway Drive, Suite 322
Palm Beach Gardens, FL   33418
(561) 627-5000 (Phone)
(561) 627-5600 (fax)
szappolo@zappolofarwell.com

THE PARTY SUBMITTING THIS ORDER SHALL SERVE A COPY OF THE SIGNED ORDER ON ALL PARTIES LISTED BELOW AND FILE WITH THE COURT A CERTIFICATE OF SERVICE CONFORMING WITH LOCAL RULE 2002-1(F) and 5005-1(G).

**Electronic Mail Notice List:**

**Michael R. Bakst:**   efilemrb@gmlaw.com; ecf.alert+Bakst@titlexi.com; efileu1084@gmlaw.com; efileu1086@gmlaw.com; efileu386@gmlaw.com; efileu1857@gmlaw.com

**Julianne R. Frank, attorney for Debtor:**   julianne@jrfesq.com; G59511@notify.cincompass.com

**Mark A. Levy**:   mark.levy@brinkleymorgan.com; Sandra.gonzalez@brinkleymorgan.com; brinkleymorgancf@gmail.com

**Office of US Trustee:**   USTPRegion21.MM.ECF@usdoj.gov

**Amanda Klopp and Eyal Berger:**  attorneys for Removing Parties, NITV Federal Services, LLC, Lourdes Irimia a/k/a Lourdes Humble and Charles Humble (in adversary proceeding no:  22-01092 – MAM):  amanda.klopp@akerman.com; eyal.berger@akerman.com;