**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| **In Re:** | **CASE NO.: 21-18481-MAM** |
| | **Chapter 7** |
| **NITV, LLC** | |
| **Debtors.** | |
| _____/ | |

### TRUSTEE'S OBJECTION TO CLAIM #1

### IMPORTANT NOTICE TO CREDITORS
### THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow, or to reduce the amount or change the priority status of, the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned OR YOUR CLAIM WILL BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a Chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number and must be filed with the
**CLERK OF THE UNITED STATES BANKRUPTCY COURT:**
**1515 North Flagler Drive, Suite 801, West Palm Beach, FL 33401**

Pursuant to Bankruptcy Rule 3007, **MICHAEL R. BAKST, TRUSTEE**, objects to the following claim filed in this case:

1. Claim No. 1 filed by Brinkley Morgan, Mark A. Levy, 100 SE Third Avenue, 23rd Floor, Fort Lauderdale, FL 33394, was filed as an unsecured claim in the amount of $327,398.49. The attachment to Claim No. 1 reflects a balance forward as of a bill dated October 30, 2008. The Trustee has been in contact with counsel for the claimant in an effort to obtain any documentation evidencing that such claim would not be time barred. No such evidence has been presented. Accordingly, every indication is that the statute of limitations has already expired for this debt. **Claim No. 1 should be disallowed in its entirety.** Further, if any amendment to such claim is filed by the claimant without the claimant filing a response to this objection, such claim and any amendment to the claim should be disallowed, whether or not such amendment is filed before or after an order is entered by the Court disallowing the claim.

**WHEREFORE** the Trustee has filed his objection to claims and prays the Court grant the relief requested.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished By regular U.S. Mail to: Brinkley Morgan, Mark A. Levy, 100 SE Third Avenue, 23rd Floor, Fort Lauderdale, FL 33394, and to all parties listed below in the manner indicated, on this 14th day of December, 2022.

       */s/ Michael R. Bakst*
**MICHAEL R. BAKST, TRUSTEE**
Post Office Box 407
West Palm Beach, Florida 33402
Telephone: (561) 838-4523
Email: baksttrustee@gmlaw.com

**By electronic mail to:**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Julianne R. Frank    julianne@jrfesq.com, G59511@notify.cincompass.com
- Amanda Klopp    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Scott W Zappolo    szappolo@zappolofarwell.com

**Manual Notice:**

NITV, LLC
1210 Breakers West Blvd.
West Palm Beach, FL 33411-1880

Brinkley Morgan
Mark A. Levy
100 SE Third Avenue
23rd Floor
Fort Lauderdale, FL 33394

Brinkley, Morgan, Solomon, Tatum,
Stanley, Lunny & Crosby, LLP
P.O. Box 552
Fort Lauderdale, FL 33302

MRB:aml
29110.0807