UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                              Case No. 21-18481-MAM

NITV LLC                                            Chapter 7 Proceeding

          Debtor.
_____/

## TRUSTEE'S APPLICATION FOR COMPENSATION AND ALLOWANCE OF ADMINISTRATIVE EXPENSE

TO:  THE HONORABLE MINDY A MORA,  BANKRUPTCY JUDGE:

    The trustee, **Michael R. Bakst, Trustee,** applies for compensation and reimbursement for expenses and certifies under the penalty of perjury that the following is true and correct to the best of his knowledge.  All services performed by the Trustee were necessary and the compensation requested does not exceed the maximum authorized by law.

    The Trustee further states that no interim compensation to the Trustee has been allowed and paid except to the extent detailed below, and that no payments have been made or promised for services rendered or to be rendered in any capacity in this case and no agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

## TRUSTEE'S COMPENSATION AND REIMBURSEMENT

| | | | |
|---|---|---|---:|
| GROSS RECEIPTS: | | | $ 252,183.32 |
| Compensation: | 25% of first $5,000 | $ | 1,250.00 |
| | 10% of next $45,000 | $ | 4,500.00 |
| | 5% of next $950,000 | $ | 10,109.17 |
| | 3% of balance | $ | 0.00 |
| SUBTOTAL (FEES): | | $ | 15,859.17 |
| Expense Reimbursement (detail attached) | | $ | 122.88 |
| **TOTAL FEE & EXPENSE REQUESTED** | | | $ 15,982.05 |
| **LESS ALLOWED INTERIM FEES PAID** | | | $ 0.00 |
| **BALANCE REQUESTED** | | | $ 15,982.05 |

    **WHEREFORE**, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance for compensation and reimbursement as detailed above.

Dated:  January 31, 2023                            */s/ Michael R. Bakst*
                                                                       Michael R. Bakst
                                                                       P.O. BOX 407
                                                                       WEST PALM BEACH, FL  33402
                                                                       (561) 838-4539
                                                                       baksttrustee@gmlaw.com

Printed: 01/31/23

**Expense Worksheet Report**
Trustee:  Michael R. Bakst, Trustee
Period: 01/01/1900 - 01/31/2023

Page: 1

Case Number: 21-18481
Case Name:   NITV LLC

Category: **TRUSTEE BOND**

| Date | Description | Units | Rate | Total |
| --- | --- | --- | --- | --- |
| 01/22/23 | TRUSTEE BOND 2022: $1,173.32 @ $0.40 | 1.00 | $0.470 | $0.47 |
| 01/22/23 | TRUSTEE BOND 2023: $251,911.75 @ $0.42 | 1.00 | $105.800 | $105.80 |
| **Total for Category TRUSTEE BOND** | | **2.00** | | **$106.27** |

Category: **POSTAGE**

| Date | Description | Units | Rate | Total |
| --- | --- | --- | --- | --- |
| 01/22/23 | MAILING NFR TO CREDITORS | 14.00 | $1.140 | $15.96 |
| 01/22/23 | MAILING DIVIDENDS TO CLAIMANTS | 1.00 | $0.650 | $0.65 |
| **Total for Category POSTAGE** | | **15.00** | | **$16.61** |

**Total for Case 21-18481:**  $122.88

**Total for Trustee Michael R. Bakst, Trustee:**  $122.88

**Grand Total:**  $122.88