UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                 Case No. 21-18481-MAM
NITV LLC                                                           Chapter 7

_____Debtor._____/

**Trustee's Summary of Requested Fees and Expenses**

☐ [If Checked] The chapter 7 trustee is **not required** to file and serve a Notice of Trustee's Final Report and Applications for Compensation on all parties of record because the amount of net proceeds realized does not exceed the amount set forth in Bankruptcy Rule 2002(f)(8) and the amount of any application for compensation does not exceed the amount set forth in Bankruptcy Rule 2002(a)(6). See Local Rule 3009-1.

| Docket Entry # | Applicant Name and Role | Total Fees / Total Expenses | Interim Fees Paid / Interim Expenses Paid | Additional Fees Requested / Additional Expenses Requested |
|---|---|---|---|---|
| 59 | Michael R. Bakst, Trustee / Trustee | $15,859.17 / $122.88 | $0.00 / $0.00 | $15,859.17 / $122.88 |
| 57 | GREENSPOON MARDER, LLP / Attorney For Trustee | $32,983.50 / $25.97 | $0.00 / $0.00 | $32,983.50 / $25.97 |

Dated:  January 31, 2023                                /s/ Michael R. Bakst, Trustee_____
                                                                         Michael R. Bakst, Trustee
                                                                         Chapter 7 Trustee
                                                                         P.O. Box 407
                                                                         West Palm Beach, FL 33402