**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: | CASE NO.: 21-18481-MAM |
| | Chapter 7 |
| NITV LLC | |
| Debtor. _____/ | |

## CERTIFICATE OF SERVICE

I, MICHAEL R. BAKST, Trustee in the above reference bankruptcy, hereby certify that a true and correct copy of the Notice of Trustee's Final Report and Applications for Compensation (NFR) was served on those parties listed below via the manner stated.

January 31, 2023

By: /s/ *Michael R. Bakst, Trustee*
Michael R. Bakst, Trustee
P.O. Box 407
West Palm Beach FL 33402
Phone: (561) 838-4539
Email: baksttrustee@gmlaw.com

**Via Electronic Mail:**

- Michael R Bakst    efilemrb@gmlaw.com, ecf.alert+Bakst@titlexi.com;efileu1084@gmlaw.com;efileu1086@gmlaw.com;efileu386@gmlaw.com;efileu1857@gmlaw.com;efileu3163@gmlaw.com;efileu3214@gmlaw.com;efileu3291@gmlaw.com
- Michael R. Bakst    efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com;efileu1092@gmlaw.com;efileu2170@gmlaw.com;efileu386@gmlaw.com;Melissa.bird@gmlaw.com;efileu2831@gmlaw.com;efileu3214@gmlaw.com
- Eyal Berger    eyal.berger@akerman.com, jeanette.martinezgoldberg@akerman.com
- Julianne R. Frank    julianne@jrfesq.com, G59511@notify.cincompass.com

- Amanda Klopp    amanda.klopp@akerman.com, jeanette.martinezgoldberg@akerman.com
- Mark A Levy    mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com;brinkleymorganecf@gmail.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Scott W Zappolo    szappolo@zappolofarwell.com

**Via U.S. Mail:**
All Parties on the attached service list.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 21-18481-MAM<br>Southern District of Florida<br>West Palm Beach<br>Tue Jan 31 18:23:18 EST 2023 | Brinkley Morgan<br>100 SE Third Avenue<br>23r Floor<br>Fort Lauderdale, FL 33394-0046 | Charles Humble<br>c/o Eyal Berger<br>201 Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301-4442 |
| Lourdes Irimia a/k/a Lourdes Humble<br>c/o Eyal Berger<br>201 Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301-4442 | NITV Federal Services, LLC<br>c/o Eyal Berger<br>201 Las Olas Boulevard, Suite 1800<br>Fort Lauderdale, FL 33301-4442 | NITV LLC<br>1210 Breakers West Blvd<br>West Palm Beach, FL 33411-1880 |
| Brinkley Morgan<br>Mark A. Levy<br>100 SE Third Avenue, 23rd Floor<br>Fort Lauderdale, FL 33394-0046 | Brinkley, Morgan et al attorneys<br>PO BOX 552<br>Fort Lauderdale, FL 33302-0552 | Charles Humble<br>1210 Breakers West Blvd<br>West Palm Beach, FL 33411-1880 |
| Dr. Charles Humble<br>1210 Breakers West Blvd<br>West Palm Beach, FL 33411-1880 | Elwood Gary Baker<br>661 Paddock Club Dr<br>Panama City Beach, FL 32407-2466 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Scott William Zappolo<br>7108 Fairway Drive, Suite 322<br>Palm Beach Gardens, FL 33418-3799 | Scott Willima Zappolo<br>7108 Fairway Drive<br>Suite 322<br>Palm Beach Gardens, FL 33418-3799 | Seiden, Alder, et al Attorneys<br>7795 NW Beacon Square Blvd Ste 201<br>Boca Raton, FL 33487-1394 |
| Julianne R. Frank<br>4495 Military Trail<br>Suite 107<br>Jupiter, FL 33458-4818 | Michael R Bakst<br>P. O. Box 407<br>West Palm Beach, FL 33402-0407 | Scott Zappolo<br>Zappolo & Farewell, PA<br>7108 Fairway Dr #322<br>Palm Beach Gardens, FL 33418-3799 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)West Palm Beach

End of Label Matrix
Mailable recipients   17
Bypassed recipients    1
Total                 18