**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:

NITV LLC

Case No. 21-18481-MAM
(Chapter 7)

       Debtor
_____/

**TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS**

    The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

    The dividend checks were mailed to creditors on February 27, 2023. If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

    /s/ Michael R. Bakst
**MICHAEL R. BAKST, TRUSTEE**
**P.O. Box 407**
**West Palm Beach, FL 33402**
**Telephone: (561) 838-4539**
**Email: baksttrustee@gmlaw.com**

Printed: 03/30/23                                                                                                                                          Page: 1

# TRUSTEE'S FINAL DIVIDENDS

### Case: 21-18481    NITV LLC

**Case Balance:** $0.00    **Total Proposed Payment:** $0.00    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Michael R. Bakst, Trustee | Admin Ch. 7 | 15,859.17 | 15,859.17 | 15,859.17 | 0.00 | 0.00 | 0.00 |
| | GREENSPOON MARDER, LLP ECF#57 | Admin Ch. 7 | 32,983.50 | 32,983.50 | 32,983.50 | 0.00 | 0.00 | 0.00 |
| | GREENSPOON MARDER, LLP ECF#57 | Admin Ch. 7 | 25.97 | 25.97 | 25.97 | 0.00 | 0.00 | 0.00 |
| | Michael R. Bakst, Trustee | Admin Ch. 7 | 122.88 | 122.88 | 122.88 | 0.00 | 0.00 | 0.00 |
| 1 | Brinkley Morgan | Unsecured | 327,398.49 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | DISALLOWED PER C.O. DATED 1-18-2023--ECF#56 | | | | | | | |
| 2-2 | Elwood Gary Baker | Unsecured | 464,310.52 | 464,310.52 | 115,010.87 | 349,299.65 | 0.00 | 0.00 |
| | AMENDED CLAIM #2-2 ON 1-27-2023 | | | | | | | |
| | **Total for Case 21-18481 :** | | **$840,700.53** | **$513,302.04** | **$164,002.39** | **$349,299.65** | **$0.00** | **$0.00** |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % Paid |
|---|---|---|---|---|---|
| **Total Admin Ch. 7 Claims:** | $48,991.52 | $48,991.52 | $48,991.52 | $0.00 | 100.00000% |
| **Total Unsecured Claims:** | $791,709.01 | $464,310.52 | $115,010.87 | $0.00 | 24.77025% |