**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | | |
|---|---|---|
| In re:     NITV LLC | § | Case No. 21-18481-MAM |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Michael R. Bakst, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  N/A |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:  $115,010.87 | Claims Discharged Without Payment:  N/A |
| Total Expenses of Administration:  $137,172.45 | |

    3) Total gross receipts of $252,183.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $252,183.32 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY CLAIMS | | | | |
|     CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 137,172.45 | 137,172.45 | 137,172.45 |
|     PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|     PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 761,443.09 | 791,709.01 | 464,310.52 | 115,010.87 |
| **TOTAL DISBURSEMENTS** | **$761,443.09** | **$928,881.46** | **$601,482.97** | **$252,183.32** |

    4)  This case was originally filed under Chapter 7 on 08/31/2021. The case was pending for 22 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/05/2023            By: /s/ Michael R. Bakst, Trustee
                                                                                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PNC BANK BUSINESS CHECKING 7984 | 1129-000 | 1,183.32 |
| SETTLEMENT AGREEMENT BETWEEN MICHAEL BAKST, TRUSTEE & DEBTOR NITV, LLC | 1249-000 | 250,000.00 |
| UNUSED RETAINER TURNED OVER TO TRUSTEE FROM ADVISOR LAW | 1290-000 | 1,000.00 |
| TOTAL GROSS RECEIPTS | | $252,183.32 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL SECURED CLAIMS | | | N/A | | | |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael R. Bakst, Trustee | 2100-000 | N/A | 15,859.17 | 15,859.17 | 15,859.17 |
| Michael R. Bakst, Trustee | 2200-000 | N/A | 122.88 | 122.88 | 122.88 |
| ZAPPOLO & FARWELL, P.A. | 3210-000 | N/A | 87,500.00 | 87,500.00 | 87,500.00 |
| Signature Bank | 2600-000 | N/A | 680.93 | 680.93 | 680.93 |
| GREENSPOON MARDER, LLP | 3110-000 | N/A | 32,983.50 | 32,983.50 | 32,983.50 |
| GREENSPOON MARDER, LLP | 3120-000 | N/A | 25.97 | 25.97 | 25.97 |
| TOTAL CHAPTER 7 ADMIN. FEES and CHARGES | | N/A | $137,172.45 | $137,172.45 | $137,172.45 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | | | | |

**EXHIBIT 6 - PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | N/A | | | |

**EXHIBIT 7 - GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Brinkley Morgan | 7100-000 | 329,076.19 | 327,398.49 | 0.00 | 0.00 |
| 2-2 | Elwood Gary Baker | 7100-000 | 250,000.00 | 464,310.52 | 464,310.52 | 115,010.87 |
| NOTFILED | Charles Humble | 7100-000 | 43,100.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | Seiden, Alder, et al Attorneys | 7100-000 | 139,266.90 | 0.00 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$761,443.09** | **$791,709.01** | **$464,310.52** | **$115,010.87** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

Page: 1

| Case Number: | 21-18481 MAM | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | NITV LLC | Filed (f) or Converted (c): | 08/31/21 (f) |
| | | §341(a) Meeting Date: | 10/07/21 |
| Period Ending: | 07/05/23 | Claims Bar Date: | 11/10/21 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | PNC BANK BUSINESS CHECKING 7984 | 1,183.00 | 1,183.32 | | 1,183.32 | FA |
| 2 | UNUSED RETAINER TURNED OVER TO TRUSTEE FROM ADVISOR LAW (u) | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 3 | SETTLEMENT AGREEMENT BETWEEN MICHAEL BAKST, TRUSTEE & DEBTOR NITV, LLC (u) PAY'T PER C.O. DATED 10-25-22--ECF#49 STATE COURT ACTION: ELWOOD GARY BAKER v. NITV FEDERAL SERVICES, LLC, LOURDES IRMIA, CHARLES HUMBLE ADV. CASE #22-01092 | 250,000.00 | 250,000.00 | | 250,000.00 | FA |
| | TOTALS (Excluding Unknown Values) | $252,183.00 | $252,183.32 | | $252,183.32 | $0.00 |

**Major activities affecting case closing:**
CBD: 11-10-2021; OBJ. TO POC#1 FIED 12-14-22--ECF#54.

TAX RETURN STATUS: SINGLE MEMBER LLC (SCHEDULE C). NO TAX FILING REQUIRED BY THE ESTATE

**Initial Projected Date of Final Report (TFR):** December 31, 2024     **Current Projected Date of Final Report (TFR):** January 27, 2023 (Actual)

# Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 1

| Case Number: | 21-18481 MAM | Trustee: | Michael R. Bakst, Trustee |
|---|---|---|---|
| Case Name: | NITV LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******2174 - Checking |
| Taxpayer ID#: | **-***1279 | Blanket Bond: | $46,061,000.00 (per case limit) |
| Period Ending: | 07/05/23 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/05/21 | Asset #1 | NITV, LLC | FUNDS FROM PNC BANK ACCOUNT | 1129-000 | 1,183.32 | | 1,183.32 |
| 10/29/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,178.32 |
| 11/30/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,173.32 |
| 12/31/21 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,168.32 |
| 01/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,163.32 |
| 02/28/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,158.32 |
| 03/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 1,153.32 |
| 04/19/22 | Asset #2 | ADVISOR LAW | UNUSED RETAINER TURNED OVER TO TRUSTEE FROM ADVISOR LAW. | 1290-000 | 1,000.00 | | 2,153.32 |
| 04/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,148.32 |
| 05/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,143.32 |
| 06/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,138.32 |
| 07/29/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,133.32 |
| 08/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,128.32 |
| 09/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,123.32 |
| 10/31/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,118.32 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit 9

Page: 2

| Case Number: | 21-18481 MAM | Trustee: | Michael R. Bakst, Trustee |
| --- | --- | --- | --- |
| Case Name: | NITV LLC | Bank Name: | Flagstar Bank, N.A. |
| | | Account: | ******2174 - Checking |
| Taxpayer ID#: | **-***1279 | Blanket Bond: | $46,061,000.00 (per case limit) |
| Period Ending: | 07/05/23 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/15/22 | Asset #3 | NITV FERDERAL SERVICES | PAY'T PER C.O. DATED 10-25-22--ECF#49 | 1249-000 | 250,000.00 | | 252,118.32 |
| 11/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 206.57 | 251,911.75 |
| 12/14/22 | 1001 | ZAPPOLO & FARWELL, P.A. | PAY'T PER C.O. DATED 10-25-22--ECF#49 | 3210-000 | | 87,500.00 | 164,411.75 |
| 12/30/22 | | Signature Bank | Bank and Technology Services Fee | 2600-000 | | 409.36 | 164,002.39 |
| 02/24/23 | 1002 | Michael R. Bakst, Trustee | Dividend of 100.000000000%. | 2200-000 | | 122.88 | 163,879.51 |
| 02/24/23 | 1003 | GREENSPOON MARDER, LLP | Dividend of 100.000000000%. | 3120-000 | | 25.97 | 163,853.54 |
| 02/24/23 | 1004 | Michael R. Bakst, Trustee | Dividend of 100.000000000%. | 2100-000 | | 15,859.17 | 147,994.37 |
| 02/24/23 | 1005 | GREENSPOON MARDER, LLP | Dividend of 100.000000000%. | 3110-000 | | 32,983.50 | 115,010.87 |
| 02/24/23 | 1006 | Elwood Gary Baker | Dividend of 24.770249%; Claim #2-2; Stopped on 03/21/2023 | 7100-000 | | 115,010.87 | 0.00 |
| 03/21/23 | 1006 | Elwood Gary Baker | Dividend of 24.770249%; Claim #2-2; Stopped: Check issued on 02/24/2023 | 7100-000 | | -115,010.87 | 115,010.87 |
| 03/22/23 | 1007 | Elwood Gary Baker | Dividend of 24.770249%; Claim #2-2 [REPLACING CHECK #1006] | 7100-000 | | 115,010.87 | 0.00 |

| | | ACCOUNT TOTALS | 252,183.32 | 252,183.32 | $0.00 |
| --- | --- | --- | --- | --- | --- |
| | | Less: Bank Transfers | 0.00 | 0.00 | |
| | | Subtotal | 252,183.32 | 252,183.32 | |
| | | Less: Payment to Debtors | | 0.00 | |
| | | **NET Receipts / Disbursements** | **$252,183.32** | **$252,183.32** | |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit 9

Page: 3

| | | | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| Net Receipts: | | $252,183.32 | Checking # ******2174 | 252,183.32 | 252,183.32 | 0.00 |
| Net Estate: | | $252,183.32 | | $252,183.32 | $252,183.32 | $0.00 |